2007 MAR -8 PM 3:07

FILED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2006 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>              v.<br><br>MICHAEL JOSEPH PEPE,<br><br>              Defendant. | CR No. 07-00168<br><br>I N D I C T M E N T<br><br>18 U.S.C. § 2423(c): Engaging<br>In Illicit Sexual Conduct With<br>A Minor In Foreign Places |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2423(c)]

Between on or about September 1, 2005, and on or about June 12, 2006, defendant MICHAEL JOSEPH PEPE, a citizen of the United States with a last known address in Ventura County, within the Central District of California, knowingly traveled in foreign commerce, from Los Angeles, California, to Cambodia, and engaged in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with I.T., a girl less than 18 years of age.



COUNT TWO

[18 U.S.C. § 2423(c)]

Between on or about September 1, 2005, and on or about June 17, 2006, defendant MICHAEL JOSEPH PEPE, a citizen of the United States with a last known address in Ventura County, within the Central District of California, knowingly traveled in foreign commerce, from Los Angeles, California, to Cambodia, and engaged in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with L.K., a girl less than 18 years of age.

COUNT THREE

[18 U.S.C. § 2423(c)]

Between on or about September 1, 2005, and on or about June 17, 2006, defendant MICHAEL JOSEPH PEPE, a citizen of the United States with a last known address in Ventura County, within the Central District of California, knowingly traveled in foreign commerce, from Los Angeles, California, to Cambodia, and engaged in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with S.R., a girl less than 18 years of age.

COUNT FOUR

[18 U.S.C. § 2423(c)]

Between on or about September 1, 2005, and on or about June 17, 2006, defendant MICHAEL JOSEPH PEPE, a citizen of the United States with a last known address in Ventura County, within the Central District of California, knowingly traveled in foreign commerce, from Los Angeles, California, to Cambodia, and engaged in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with S.S., a girl less than 18 years of age.

A TRUE BILL

_____/s_____
Foreperson

GEORGE S. CARDONA
Acting United States Attorney

SALLY L. MELOCH
Executive United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

PATRICIA A. DONAHUE
Assistant United States Attorney
Chief, Organized Crime & Terrorism Section

4