

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number __07-00168__   Defendant Number __1__   2007 MAR -8 PM 3:07
U.S.A. v. __MICHAEL JOSEPH PEPE__   Year of Birth __1953__
☑ Indictment   ☐ Information   Investigative agency (FBI, DEA, etc.) __ICE__

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

### OFFENSE/VENUE
a. Offense charged as a:   ☐ Petty Offense
   ☐ Misdemeanor   ☐ Minor Offense   ☑ Felony
b. Date of offense __9/3/05 - 6/17/06__
c. County in which first offense occurred
   __Los Angeles__
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☑ Los Angeles   ☐ Ventura
   ☐ Orange   ☐ Santa Barbara
   ☐ Riverside   ☐ San Luis Obispo
   ☐ San Bernardino   ☑ Other __Cambodia__
Citation of offense
   __18 USC 2423(c)__

### RELATED CASE
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☑ No   ☐ Yes
   IF YES Case Number _____

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** __NA__

### PREVIOUSLY FILED COMPLAINT
A complaint was previously filed on: __Mar 2, 2007__
   Case Number __06-1717M__
   Charging __18 USC 2423(c)__

The complaint:   ☑ is still pending
   ☐ was dismissed on: _____

### COMPLEX CASE
Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*   ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*   ☑ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

### Superseding Indictment/Information
This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
__NA__
Case Number _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge
_____
☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*   ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*   ☑ No

Was a Notice of Complex Case filed on the Indictment or Information?
   ☐ Yes   ☑ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:   ☐ Yes   ☑ No
IF YES, list language and/or dialect:
_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CASE SUMMARY

## OTHER

☑ Male   ☐ Female
☑ U.S. Citizen   ☐ Alien
Alias Name(s) _____

This defendant is charged in:   ☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud   ☐ public corruption
☐ government fraud   ☐ tax offenses
☐ environmental issues   ☐ mail/wire fraud
☐ narcotics offenses   ☐ immigration offenses
☐ violent crimes/firearms   ☐ corporate fraud
☑ Other: Travel in foregin commerce to have sex with minors

## CUSTODY STATUS

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?   ☐ Yes   ☐ No
d. Is a Fugitive   ☐ Yes   ☐ No
e. Is on bail or release from another district: _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.   ☐ Yes   ☐ No

Defendant is **in** custody:
a. Place of incarceration:   ☐ State   ☑ Federal
b. Name of Institution: MDC
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: February 7, 2007: 10:00 pm
e. On another conviction:   ☐ Yes   ☐ No
   IF YES ☐ State   ☐ Federal   ☐ Writ of Issue
f. Awaiting trial on other charges:   ☐ Yes   ☐ No
   IF YES ☐ State   ☐ Federal   AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ___ 20   ___ 21   ✓ 400

## EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date March 8, 2007

_Signature of Assistant U.S. Attorney_

Patricia A. Donahue
_Print Name_