GEORGE S. CARDONA
United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division
PATRICIA A. DONAHUE (SBN: 132610)
Assistant United States Attorney
Chief, Organized Crime Section
    United States Courthouse
    312 North Spring Street, 15th floor
    Los Angeles, California 90012
    Telephone: (213) 894-0640
    Facsimile: (213) 894-3713
    E-mail: patricia.donahue@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. CR 07-168-DSF |
| Plaintiff, | GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION TO CONTINUE HEARING DATES ON DEFENDANT'S DISCOVERY AND SUPPRESSION MOTIONS; MEMORANDUM; DECLARATION OF PATRICIA A. DONAHUE |
| v. | |
| MICHAEL JOSEPH PEPE, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, hereby submits its unopposed <u>ex parte</u> application to continue the hearing dates on defendant's discovery and suppression motions. This application is based on

///
///
///
///
///
///
///

1 the attached memorandum and declaration of Patricia A. Donahue
2 and the files and records of this case.

3 Dated: July 3, 2007          Respectfully submitted,

4                              GEORGE S. CARDONA
                               United States Attorney

5
                               THOMAS P. O'BRIEN
6                              Assistant United States Attorney
                               Chief, Criminal Division
7
                               /s/ Patricia A. Donahue
8                              _____
                               PATRICIA A. DONAHUE
9                              Assistant United States Attorney

10                                  Attorneys for Plaintiff
                                    United States of America

**MEMORANDUM**

Defendant is charged in a four-count indictment with engaging in illicit sexual conduct in foreign places with minors. Trial is set for January 29, 2008. Defendant is in custody.

On June 19, 2007, defendant filed a motion for discovery of computer evidence. The hearing is currently set for July 9, 2007.

On June 26, 2007, defendant filed a suppression motion. The hearing is currently set for July 30, 2007.

By this application, the government respectfully requests that the court move the hearing dates on each motion. Specifically, the government requests that the court move the hearing date on the discovery motion from July 9 to July 23, 2007, with the government opposition due on July 11 and any reply due on July 18, 2007. The government also requests that the court move the hearing date on the suppression motion from July 30 to September 17, 2007, with the government opposition due on August 22 and any reply due on September 5, 2007. The government seeks these continuances for the reasons set forth in the attached declaration. Defense counsel has no objection to the requested continuances.

**DECLARATION OF PATRICIA A. DONAHUE**

I, PATRICIA A. DONAHUE, hereby declare:

1. I am an Assistant United States Attorney in the Central District of California. In that capacity, I am assigned to the case United States v. Michael Pepe, Case No. CR 07-168-DSF.

2. On June 18, 2007, defendant filed a Motion for Discovery of Computer Evidence. That motion includes a 25-page memorandum of points and authorities and a declaration of a computer forensics expert retained by defense counsel. On June 19, 20 and 21, 2007, I was before the Honorable Consuelo B. Marshall in United States v. Roy C. Green, Case No. CR 98-337(A)-CBM, a capital case, in an evidentiary hearing to determine whether the court will order forcible medication of the defendant under Sell v. United States, 539 U.S. 166 (2003) in order to restore defendant's competency to stand trial. That hearing presented complex issues, and as a result I did not immediately address defendant's discovery motion in this case.

3. After the Sell hearing, I returned to trial preparation on United States v. Robert Valantine, Case No. CR 06-814-FMC, which until yesterday (based on an unexpected continuance sought by defendant) was going to trial on July 10, 2007, and United States v. Christopher Buessem, Case No. CR 07-09-ER, set for trial on July 24, 2007.

4. In this case, I mistakenly calendared the hearing on the discovery motion for July 23, 2007, and have not yet completed my opposition papers. After Carl Gunn, counsel for defendant, called me on July 2, 2007, to inquire about my

4

opposition, I realized my error.

5.  I respectfully request a two-week continuance of the hearing date, from July 9, 2007, to July 23, 2007, so that I can prepare an opposition and so that defense counsel has time to prepare reply papers. I respectfully request that the Court permit me to file an opposition to the discovery motion by July 11, 2007.

6.  On June 26, 2007, defendant filed a motion to suppress evidence, with a hearing date of July 30, 2007. I am scheduled to be out of the state of California on July 30, 2007 and have purchased non-refundable airline tickets. I also have had long-standing plans to be away from the office from August 8, 2007 through August 20, 2007.

7.  On July 3, 2007, I spoke with Carl Gunn and Charles Brown, counsel for defendant in this case. They agreed to the following:

   a.  Moving the hearing on the discovery motion from July 9, 2007, to July 23, 2007 at 8:30 a.m. The government's opposition thereto must be filed by July 11, 2007, and any reply must be filed by July 18, 2007.

      b.  Moving the hearing on the suppression motion from July 30, 2007, to September 17, 2007 at 8:30 a.m. Mr. Gunn has plans to be out of the country for part of the month of August. The government's opposition must be filed by August 22, 2007, and any reply must be filed by September 5, 2007.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed this 3rd day of July, 2007, at Los Angeles, California.

*/s/ Patricia C. Donahue*
PATRICIA A. DONAHUE

6