THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
PATRICIA A. DONAHUE (SBN: 132610)
JOHN J. LULEJIAN (SBN: 186783)
Assistant United States Attorneys
Violent and Organized Crime Section
  United States Courthouse
  312 North Spring Street, 15th floor
  Los Angeles, California 90012
  Telephone: (213) 894-0640/8603
  Facsimile: (213) 894-3713
  E-mail: patricia.donahue@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. CR 07-168-DSF |
| Plaintiff, | DECLARATION OF DAVID NGUYEN-GALANTE |
| v. | |
| MICHAEL JOSEPH PEPE, | Hearing: December 3, 2007<br>Time: 10:00 a.m.<br>Place: Courtroom of the<br>Honorable Dale S. Fischer |
| Defendant. | |

  Plaintiff United States of America, by and through its counsel of record, hereby submits the Declaration of United States Department of Immigration and Customs Enforcement Special Agent David Nguyen-Galante in connection with its opposition to (1) the Motion to Suppress

Evidence (Docket No. 21), and (2) the Motion to Suppress Evidence Discovered as a Result of Computer Search Warrant (Docket No. 33), filed by defendant Michael Joseph Pepe.

Dated: November 27, 2007       Respectfully submitted,

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

*/s/ Patricia A. Donahue*
PATRICIA A. DONAHUE
JOHN J. LULEJIAN
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

## DECLARATION OF DAVID NGUYEN-GALANTE

I, David Nguyen-Galante, hereby declare:

1. I have been employed as a special agent with the Immigration and Customs Enforcement (ICE) Department of Homeland Security (DHS) since 2003. Prior to 2003, I was employed as a special agent with the United States Customs Service (USCS) Department of Treasury for eight years. I was also employed with the USCS as an Import Specialist and Customs Inspector approximately for three years from 1992 to 1995. I received and successfully completed the Computer Investigative Specialist training curriculum in computer evidence recovery in May 2000. The Computer Investigative Specialist training was provided by the Department of the Treasury at the Federal Law Enforcement Training Center, Glynco, Georgia.

2. This declaration is made in support of the government's consolidated opposition to Defendant's Motions (1) To Suppress Evidence and (2) To Suppress Evidence Discovered As A Result of Computer Search Warrant.

3. I am currently assigned to the Office of the ICE Attaché in Singapore.

4. On June 30, 2006, the ICE Attaché Singapore received a collateral request from Assistant ICE Attaché (AIA) Gary Phillips, ICE Attaché Bangkok, Thailand, to conduct forensic analysis of a computer hard disk drive, a USB JetFlash thumb drive, and a digital media card that were sized from defendant Pepe's premises in Phnom Penh, Cambodia, pursuant to a search warrant. On or about June 30, 2006, I spoke with AIA Phillips, and he told me that the Cambodian National Police (CNP) requested assistance in making a mirror image of and forensically analyzing media that had been seized from Pepe on or about June 17, 2006. AIA Phillips told me that the CNP had obtained a valid search warrant and that this computer evidence was seized pursuant to Cambodian law.

5. On June 30, 2006, I made a bit image copy of the above-mentioned seized items.

To my knowledge, the search warrant obtained by the CNP for Pepe's residence, pursuant to which I forensically analyzed the aforementioned computer media, complied with Cambodian law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of November, 2007, at 13:10, Singapore.

DAVID NGUYEN-GALANTE

4