SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
CARLTON F. GUNN (No. 112344)
Deputy Federal Public Defender
(E-mail: Carlton_Gunn@fd.org)
CHARLES C. BROWN (No. 179365)
Deputy Federal Public Defender
(E-mail: Charles_Brown@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-1700
Facsimile (213) 894-0081

Attorneys for Defendant
MICHAEL PEPE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL PEPE, ) <br> ) <br> Defendant. ) <br> ) | NO. CR 07-168-DSF <br><br> **OBJECTIONS TO SUPPLEMENTAL DECLARATIONS IN SUPPORT OF OPPOSITION TO MOTION TO SUPPRESS EVIDENCE** |

Defendant, Michael Pepe, through his counsel of record, Deputy Federal Public Defender Carlton F. Gunn and Deputy Federal Public Defender Charles C. Brown, hereby objects to consideration of the additional declarations filed with the government's Submission in Response to Court's Order Dated December 5, 2007 unless and until defendant is given an opportunity to cross examine the declarants and

///

///

1 | the government identifies and allows to be produced for examination the original
2 | translator of the document attached to the Declaration of Sambo Ly.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED: December __, 2007     By____/S/_____
                             CARLTON F. GUNN
                             Deputy Federal Public Defender


SEAN K. KENNEDY
Federal Public Defender

DATED: December __, 2007     By____/S/_____
                             CHARLES C. BROWN
                             Deputy Federal Public Defender