2007 DEC 20  AM 11: 44

FILED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

December 2007 Grand Jury

UNITED STATES OF AMERICA,       )    CR No. 07-168(A)-DSF
                                )
                 Plaintiff,     )    F I R S T
                                )    S U P E R S E D I N G
        v.                      )    I N D I C T M E N T
                                )
MICHAEL JOSEPH PEPE,            )    18 U.S.C. § 2423(c): Engaging
                                )    In Illicit Sexual Conduct With
                 Defendant.     )    A Minor In Foreign Places
                                )
_____)

     The Grand Jury charges:

                    COUNTS ONE THROUGH SEVEN

                      [18 U.S.C. § 2423(c)]

     Between on or about September 1, 2005, and on or about June

12, 2006, defendant MICHAEL JOSEPH PEPE, a citizen of the United

States with a last known address in Ventura County, within the

Central District of California, knowingly traveled in foreign

commerce, from Los Angeles, California, to Cambodia, and engaged

in illicit sexual conduct, as defined in Title 18, United States

Code, Section 2423(f), with the following girls, all of whom were



1  under 18 years of age at the time that defendant engaged in

2  illicit sexual conduct with them.

3  <u>Count</u>                              <u>Victim</u>

4  One                                I.T.

5  Two                                L.K.

6  Three                              S.R.

7  Four                               S.S.

8  Five                               K.S.

9  Six                                N.T.D.

10 Seven                              T.C.

11

12                                    A TRUE BILL

13

14                                    _____/s/_____

15                                    Foreperson

16 THOMAS P. O'BRIEN
   United States Attorney

17

18 *Christine Ewell*

   CHRISTINE C. EWELL

19 Assistant United States Attorney
   Chief, Criminal Division

20

21

22 ELIZABETH R. YANG
   Assistant United States Attorney

23 Deputy Chief, Violent & Organized Crime Section

24

25 PATRICIA A. DONAHUE
   JOHN J. LULEJIAN
   Assistant United States Attorneys

26 Violent & Organized Crime Section

27

28

                                    2