```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    PATRICIA A. DONAHUE (SBN: 132610)
 4  JOHN J. LULEJIAN (SBN: 186783)
    Assistant United States Attorneys
 5  Violent and Organized Crime Section
         United States Courthouse
 6       312 North Spring Street, 15th floor
         Los Angeles, California 90012
 7       Telephone:  (213) 894-0640/8603
         Facsimile:  (213) 894-3713
 8       E-mail: patricia.donahue@usdoj.gov
                 john.lulegian@usdoj.gov
 9
    Attorneys for Plaintiff
10  UNITED STATES OF AMERICA
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. CR 07-168(A)-DSF |
|---|---|
| Plaintiff, | ) **SUPPLEMENTAL DECLARATION OF KOEUT** |
|  | ) **RITH; Attachments** |
| v. | ) |
|  | ) Hearing Date: Feb. 6, 2008 |
| MICHAEL JOSEPH PEPE, | ) Time:           10:00 a.m. |
|  | ) Place:    Courtroom of the Hon. |
| Defendant. | )          Dale S. Fischer |

Plaintiff United States of America hereby submits the Supplemental Declaration of Koeut Rith in connection with the evidentiary hearing on the portion of defendant's motion to suppress as to which the Court ordered additional briefing.

Koeut Rith will be at the evidentiary hearing on February 6, 2008.

Dated: February 4, 2008  Respectfully submitted,

                                    THOMAS P. O'BRIEN
                                    United States Attorney

                                    CHRISTINE C. EWELL
                                    Assistant United States Attorney
                                    Chief, Criminal Division

                                    */s/ Patricia A. Donahue*
                                    PATRICIA A. DONAHUE
                                    JOHN J. LULEJIAN
                                    Assistant United States Attorneys

                                    Attorneys for Plaintiff
                                    United States of America

**DECLARATION OF KOEUTH RITH**

1. I am Under Secretary of State, Ministry of Justice of the Kingdom of Cambodia.

2. Attached hereto as Exhibit A is a true and correct copy of a statement that I signed on November 20, 2007. My November 20, 2007 declaration refers to the "Khmer version of the criminal law relating to search warrants." Specifically, the "Provisions Relating to the Judiciary and Criminal Law and Procedure Applicable in Cambodia During the Transitional Period" (herein the "Provisions") sets forth the law governing searches in criminal cases for the period October 1992 until August 2007. The Provisions apply to crimes that were committed between October 1992 and August 2007.

3. In December 2007, I obtained from the National Archives in Phnom Penh a true and correct official copy, in Khmer, of the Provisions that apply to criminal cases, which is attached hereto as Exhibit B. I will bring to the evidentiary hearing a book entitled "Compilation of Some Khmer Laws Applicable in the Kingdom of Cambodia" prepared by the United Nations Cambodia Office of the High Commissioner for Human Rights" that contains the Provisions at pages 2197 to 2233.

4. Article 20 of the Provisions sets forth the search procedures that apply to two types of crime: (1) Crimes that are in flagrante delicto; and (2) Crimes that are not in flagrante delicto. The definition of flagrante delicto is set forth in Article 18 of the Provisions. The police may arrest anyone who is found committing a crime that is in flagrante delicto. A

crime is in flagrante delicto when the suspect is observed committing the crime, or when the suspect is chased by a public outcry right after committing the crime, or when a witness or victim points out the suspect at the scene of the crime, or when the suspect is trying to escape from the crime scene. All other crimes that do not fall into the situations described above are not in flagrante delicto.

6. Article 20 provides that if a crime is in flagrante delicto, then no search warrant is needed to conduct a search of the suspect's residence.

7. Article 20 provides that if a crime is <u>not</u> in flagrante delicto, then a search warrant is required to conduct a search of the suspect's residence. The search warrant must comply with the following 3 requirements:

    (a) It must be authorized by a judge or prosecutor;

    (b) The search must be completed between 6:00 a.m. and 6:00 p.m.

    (c) If possible, the search should be completed in the presence of the suspect and two witnesses among the family.

8. Regarding the third requirement, any English language translation of the Provisions that places the clause "if possible" in the middle of the sentence, rather than at the beginning of the sentence, is not accurate. The courts in

4

Cambodia only apply the official Khmer version. According to Article 5 of the Constitution of the Kingdom of Cambodia, the official language of the Kingdom of Cambodia is Khmer. Therefore all official documents must be in Khmer.

    I declare under penalty under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

    Executed this 4th day of February, 2008, at Los Angeles, California.

_____
KOEUT RITH