SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
CARLTON F. GUNN (No. 112344)
Deputy Federal Public Defender
(E-mail: Carlton_Gunn@fd.org)
CHARLES C. BROWN (No. 179365)
Deputy Federal Public Defender
(E-mail: Charles_Brown@fd.org)
321 East 2nd Street
Los Angeles, California  90012-4202
Telephone (213) 894-1700
Facsimile (213) 894-0081

Attorneys for Defendant
MICHAEL PEPE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 07-168(A)-DSF |
| Plaintiff, | **EXHIBITS RE:  DISCOVERY STATUS FOR CONSIDERATION AT PRETRIAL CONFERENCE** |
| v. | |
| MICHAEL PEPE, | |
| Defendant. | |

Defendant, Michael Pepe, through his counsel of record, Deputy Federal Public Defender Carlton F. Gunn and Deputy Federal Public Defender Charles Brown, hereby submits the attached discovery letters regarding the status of discovery in this matter, for consideration at the pretrial conference presently scheduled in this matter on March 10, 2008, at 10:00 a.m.  The defense will be requesting that the Court direct the government to indicate whether and by when it intends to provide the requested

P:\Gunn\PEPE\PLD\DiscoveryStatusReport.wpd

1  discovery, so that the defense may determine whether it is necessary to file a
2  discovery motion.

3

4                                                    Respectfully submitted,

5                                                    SEAN K. KENNEDY
                                                     Federal Public Defender
6

7  DATED:  March 6, 2008                    By _____

8                                                    CARLTON F. GUNN
                                                     Deputy Federal Public Defender
9

10

11

12 DATED:  March 6, 2008                    By _____

13                                                   CHARLES C. BROWN
                                                     Deputy Federal Public Defender

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28