SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
CARLTON F. GUNN (No. 112344)
Deputy Federal Public Defender
(E-mail: Carlton_Gunn@fd.org)
CHARLES C. BROWN (No. 179365)
Deputy Federal Public Defender
(E-mail: Charles_Brown@fd.org)
321 East 2nd Street
Los Angeles, California  90012-4202
Telephone (213) 894-1700
Facsimile (213) 894-0081

Attorneys for Defendant
MICHAEL PEPE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>MICHAEL PEPE,<br><br>             Defendant. | NO. CR 07-168-DSF<br><br>**EX PARTE APPLICATION FOR ORDER SHORTENING TIME; DECLARATION OF COUNSEL** |

Defendant, Michael Pepe, through his counsel of record, Deputy Federal Public Defender Carlton F. Gunn and Deputy Federal Public Defender Charles C. Brown, hereby applies to this Honorable Court for an order shortening time for filing of his Motion for Discovery.  This application is based on the attached declaration of

///
///
///
///

counsel, all files and records in this case, and such additional information as may be provided to the Court regarding the application.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED: March 27, 2008        By /s/ Carlton F. G.
                              CARLTON F. GUNN
                              Deputy Federal Public Defender


Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED: March 28, 2008        By /s/
                              CHARLES C. BROWN
                              Deputy Federal Public Defender

2

# DECLARATION OF CARLTON F. GUNN

I, Carlton F. Gunn, hereby declare and state:

1. I am a Deputy Federal Public Defender in the Central District of California. I and Deputy Federal Public Defender Charles Brown are assigned to represent Michael Pepe in the above-entitled matter.

2. I am filing this application to request an order shortening time for filing of a motion for discovery. I am requesting the order shortening time because I believe it is important for the motion to be heard as far before trial as possible, because there is already a pretrial conference scheduled on April 14.

3. I believe an order shortening time is appropriate because the only reason we have not filed the motion before this is that we had hoped to work the discovery issues out with the government without having to file a motion. I further believe that the government is not prejudiced, because the discovery motion does not involve complex legal or factual issues.

4. I have spoken with Assistant United States Attorney Patricia Donahue about this application for order shortening time. Ms. Donohue indicated to me that the government does not oppose an order shortening time.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: March 27, 2008

_____
CARLTON F. GUNN
Deputy Federal Public Defender