THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
PATRICIA A. DONAHUE (SBN: 132610)
JOHN J. LULEJIAN (SBN: 186783)
Assistant United States Attorneys
Violent and Organized Crime Section
    United States Courthouse
    312 North Spring Street, 15th floor
    Los Angeles, California 90012
    Telephone:  (213) 894-0640/8603
    Facsimile:  (213) 894-3713
    E-mail:      Patricia.Donahue@usdoj.gov
    E-mail:      John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. CR 07-168(A)-DSF |
| Plaintiff, | ORDER GRANTING GOVERNMENT'S MOTION IN LIMINE TO PRECLUDE ANY TESTIMONY, EVIDENCE, REFERENCES, OR ARGUMENTS ABOUT DEFENDANT'S ALLEGED MENTAL CONDITIONS |
| v. | |
| MICHAEL JOSEPH PEPE, | |
| Defendant. | |

    Good cause having been shown and the defendant having stated that he does not intend to assert such a defense, IT IS HEREBY ORDERED that the Government's Motion in Limine to Preclude Any Testimony, Evidence, References, or Arguments about Defendant's Alleged Mental Conditions is GRANTED.

    Accordingly, Defendant is PRECLUDED from introducing any

1  testimony, evidence, references, or arguments about any real or
2  perceived mental condition.

4   Date: 4/30/08

                                        _____
                                        HONORABLE DALE S. FISCHER
                                        UNITED STATES DISTRICT JUDGE

Presented by,

*/s John J. Lulejian*
JOHN J. LULEJIAN
Assistant United States Attorney

2