THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
PATRICIA A. DONAHUE (SBN: 132610)
JOHN J. LULEJIAN (SBN: 186783)
Assistant United States Attorneys
Violent and Organized Crime Section
    United States Courthouse
    312 North Spring Street, 15th floor
    Los Angeles, California 90012
    Telephone:  (213) 894-0640/8603
    Facsimile:  (213) 894-3713
    E-mail:  Patricia.Donahue@usdoj.gov
    E-mail:  John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR No. CR 07-168(A)-DSF |
| | ) |
| Plaintiff, | ) <u>ORDER RE ADULT ATTENDANT FOR CHILD</u> |
| | ) <u>VICTIM WITNESSES</u> |
| v. | ) |
| | ) |
| MICHAEL JOSEPH PEPE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

    Having considered the government's Motion in Limine for an order pursuant to 18 U.S.C. § 3509(i) to permit each child victim who will testify at trial to be accompanied by an adult attendant, and good cause appearing, IT IS HEREBY ORDERED as follows:

    1.   Each child, as defined at 18 U.S.C. § 3509(a)(2)(A), who will testify at trial in the above-captioned case may be accompanied in the courtroom by an adult attendant.

2.   The adult attendant accompanying the child may remain in close physical proximity to the child by standing or sitting behind the child while the child testifies.

3.   The adult attendant accompanying the child may place her hand on the child's shoulder, and may provide the child with a tissue.

4.   The adult attendant accompanying the child shall not provide the child with an answer to any question directed to the child during the course of the child's testimony or otherwise prompt the child.

5.   The image of the child attendant, for the time the child is testifying or being deposed, shall be recorded on videotape.

DATED: 4/30/08_____  /s/ Dale S. Fischer
_____
THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICIA A. DONAHUE
Assistant United States Attorney

2