1 │ THOMAS P. O'BRIEN
   │ United States Attorney
2 │ CHRISTINE C. EWELL
   │ Assistant United States Attorney
3 │ Chief, Criminal Division
   │ PATRICIA A. DONAHUE (SBN: 132610)
4 │ JOHN J. LULEJIAN (SBN: 186783)
   │ Assistant United States Attorneys
5 │ Violent and Organized Crime Section
   │      United States Courthouse
6 │      312 North Spring Street, 15th floor
   │      Los Angeles, California 90012
7 │      Telephone:   (213) 894-0640/8603
   │      Facsimile:   (213) 894-3713
8 │      E-mail:      Patricia.Donahue@usdoj.gov
   │      E-mail:      John.Lulejian@usdoj.gov
9 │
   │ Attorneys for Plaintiff
10│ UNITED STATES OF AMERICA

11│                 UNITED STATES DISTRICT COURT

12│            FOR THE CENTRAL DISTRICT OF CALIFORNIA

13│ UNITED STATES OF AMERICA,    ) Case No. CR 07-168(A)-DSF
   │                             )
14│          Plaintiff,          ) GOVERNMENT'S EXHIBIT LIST
   │                             )
15│          v.                  ) Trial:    May 7, 2008
   │                             ) Time:     10:00 a.m.
16│ MICHAEL JOSEPH PEPE,         ) Place:    Courtroom of the
   │                             )           Honorable Dale S. Fischer
17│          Defendant.          )
   │ ─────────────────────────── )
18│      Plaintiff United States of America, by and through its

19│ counsel of record, hereby submits its Exhibit List.

20│ Dated: May 7, 2008   Respectfully submitted,

21│                          THOMAS P. O'BRIEN
   │                          United States Attorney
22│
   │                          CHRISTINE C. EWELL
23│                          Assistant United States Attorney
   │                          Chief, Criminal Division
24│
   │
25│                          /s John J. Lulejian
   │                          PATRICIA A. DONAHUE
26│                          JOHN J. LULEJIAN
   │                          Assistant United States Attorney
27│
   │                          Attorneys for Plaintiff
28│                          United States of America

| EXHIBIT NUMBER | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1000 | Reserved | | |
| 1001 | Photograph of Ly Kim Eng's Residence | | |
| 1002 | Photograph of Sang Thi Chhoeurn ("Basang"), Koeung Lang, and Tach Tinh ("Peng") | | |
| 1003 | Photograph of Gate of Defendant's House | | |
| 1004 | Photograph of Exterior of Defendant's House | | |
| 1005 | Photograph of L.K., unidentified girl, Ly Kim Eng, "David," S.R., S.S., and unidentified male | | |
| 1006 | Photograph of L.K. | | |
| 1007 | Photograph of "Nap," S.R., S.S., and L.K. | | |
| 1008 | Photograph of T.C., "David," S.R., L.K., "Nap," and S.S. | | |
| 1009 | Photograph of L.K., Ly Kim Eng, and "David" | | |
| 1010 | Photograph of Defendant with L.R., S.S., S.R., and "Nap" | | |
| 1011 | Photograph of Ly Kim Eng and "David" | | |
| 1012 | Photograph of Koeung Lang, L.K., "Nap," and S.S. | | |
| 1013 | Photograph of Sang Thi Chhoeurn ("Basang"), unidentified male, L.K., "David," and "Nap" | | |
| 1014* | Photograph of Bith Chanry | | |
| 1015 | Photograph of Sander De Montero | | |
| 1016 | Redacted Photograph of "Nap" and L.K. | | |

| EXHIBIT NUMBER | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1017 | Redacted Photograph of "Nap" and L.K. | | |
| 1018 | Redacted Photograph of Defendant and L.K. | | |
| 1019 | Redacted Photograph of Defendant and L.K. | | |
| 1020 | Photograph of Ly Kim Eng's Residence | | |
| 1021 | Photograph of "Nap" and L.K. | | |
| 1022 | Reserved | | |
| 1023 | Photograph of Defendant with S.S., S.R., and Koeung Lang | | |
| 1024 | Photograph of T.C., S.R., L.K., "Nap," and S.S. | | |
| 1025 | Photograph of S.R. with Koeung Lang, Song Thora Nin, Sang Thi Chhoeurn ("Basang"), and Unidentified Male | | |
| 1026 | Photograph of S.S. | | |
| 1027 | Redacted Photograph of Bith Chanry | | |
| 1028 | Reserved | | |
| 1029 | Reserved | | |
| 1030 | Photograph of Ly Kim Eng and Sang Thi Chhoeurn ("Basang") | | |
| 1031 | Photograph of Defendant and Sang Thi Chhoeurn ("Basang") | | |
| 1032 | Photograph of Defendant and Sang Thi Chhoeurn ("Basang") | | |
| 1033 | Photograph of Sang Thi Chhoeurn ("Basang") and unidentified girl | | |
| 1034 | Photograph of Bag with Rope | | |

| EXHIBIT NUMBER | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1035 | Photograph of Bag with Rope, Tape, and Codalgin FORTE box | | |
| 1036 | Photograph of Cloth Strips | | |
| 1037 | Photograph of Cloth Strips | | |
| 1038 | Reserved | | |
| 1039 | Photograph of Le Thi Soeung | | |
| 1040 | Photograph of Le Thi Ba | | |
| 1041 | Photograph of N.T.D. and unidentified girl | | |
| 1042 | Redacted Photograph of unidentified girl | | |
| 1043 | Redacted Photograph of unidentified girl | | |
| 1044 | Redacted Photograph of unidentified girl | | |
| 1045 | Redacted Photograph of unidentified girl | | |
| 1046 | Photograph of Sang Thi Chhoeurn ("Basang") and unidentified girl | | |
| 1047 | Photograph of unidentified girl | | |
| 1048 | Photograph of unidentified girl | | |
| 1049 | Photograph of T.C. | | |
| 1050 | Photograph of two unidentified girls | | |
| 1051 | Photograph of Photographs of Sang Thi Chhoeurn ("Basang") and unidentified girl | | |
| 1052 | Photograph of Bottles of Medicine | | |
| 1053 | Photograph of Blister Packs of Codalgin FORTE and Quomem | | |

4

| EXHIBIT NUMBER | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1054 | Photograph of Quomen Box | | |
| 1055 | Photograph of Kamagra Box and Blister Pack | | |
| 1056 | Photograph of Miscellaneous Medicines | | |
| 1057 | Photograph of Baby Oil, Kamagra Box and Insert, Panties, and Green Two-Tone Pills | | |
| 1058 | Photograph of Defendant with L.R., S.S., S.R., and "Nap" | | |
| 1059-60 | Reserved | | |
| 1061 | United States Passport of Michael Joseph Pepe | | |
| 1062-69 | Reserved | | |
| 1070 | Sketch of Defendant's House prepared by Assistant ICE Attache Gary Phillips | | |
| 1071 | Photograph of I.T. | | |
| 1072 | Photograph of I.T. and ICE Assistant Attache Gary Philips | | |
| 1073 | Photograph of Gate of Defendant's House | | |
| 1074 | Photograph of Gate of Defendant's House | | |
| 1075 | Photograph of Gate of Defendant's House | | |
| 1076 | Photograph of Defendant's White Jeep | | |
| 1077 | Photograph of Exterior of Defendant's House | | |
| 1078 | Photograph of Exterior of Defendant's House | | |

| EXHIBIT NUMBER | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1079 | Photograph of Bed in Girls' Bedroom | | |
| 1080 | Photograph of Girls' Bedroom | | |
| 1081 | Photograph of Girls' Bedroom | | |
| 1082 | Photograph of Stuffed Animals in Girls' Bedroom | | |
| 1083 | Photograph of Girls' Bedroom Closet | | |
| 1084 | Photograph of Girls' Bedroom Closet | | |
| 1085 | Photograph of Bathroom attached to Girls' Bedroom | | |
| 1086 | Photograph of Bathroom attached to Girls' Bedroom | | |
| 1087 | Photograph of Clothes in Sink of Bathroom attached to Girls' Bedroom | | |
| 1088 | Photograph of Door Leading to Girls' Bedroom | | |
| 1089 | Photograph of Door Leading to Defendant's Bedroom | | |
| 1090 | Photograph of Wooden Stick in Defendant's Bedroom | | |
| 1091 | Photograph of Stereo on Dresser in Defendant's Bedroom | | |
| 1092 | Photograph of Contents of Dresser Drawer in Defendant's Bedroom | | |
| 1093 | Photograph of Contents of Dresser Drawer in Defendant's Bedroom | | |
| 1094 | Photograph of Contents of Dresser Drawer in Defendant's Bedroom | | |

| EXHIBIT NUMBER | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1095 | Photograph of KY Lubricating Jelly in Defendant's Bedroom | | |
| 1096 | Photograph of Bed in Defendant's Bedroom | | |
| 1097 | Photograph of Carved Headboard of Bed in Defendant's Bedroom | | |
| 1098 | Photograph of Carved Headboard Bed in Defendant's Bedroom (closeup) | | |
| 1099 | Photograph of Contents of Closet in Defendant's Bedroom | | |
| 1100 | Photograph of Contents of Closet in Defendant's Bedroom | | |
| 1101 | Photograph of Contents of Closet in Defendant's Bedroom | | |
| 1102 | Photograph of Contents of Drawer in Closet in Defendant's Bedroom | | |
| 1103 | Photograph of Contents of Drawer in Closet in Defendant's Bedroom | | |
| 1104 | Photograph of Bag Containing Rope from Closet in Defendant's Bedroom | | |
| 1105 | Stereo on top of Dresser in Defendant's Bedroom | | |
| 1106 | Photograph of Bathroom Attached to Defendant's Bedroom | | |
| 1107 | Photograph of Bathroom Attached to Defendant's Bedroom | | |
| 1108 | Photograph of Towel Rack in Upstairs Hallway | | |

7

| EXHIBIT NUMBER | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1109 | Red Towel on Towel Rack in Upstairs Hallway | | |
| 1110 | Folded Clothes on Towel Rack in Upstairs Hallway | | |
| 1111 | Folded Sheets on Towel Rack in Upstairs Hallway | | |
| 1112 | Photograph of Entrance Upstairs Room | | |
| 1113 | Photograph of Massage Table in Upstairs Room | | |
| 1114 | Photograph of Games and Books on Massage Table in Upstairs Room | | |
| 1115 | Photograph of Photograph Album and Used Towel on Massage Table in Upstairs Room | | |
| 1116 | Photograph of Children's Games, Tampex, and Other Items on Massage Table in Upstairs Room | | |
| 1117 | Photograph of Cloth Tape, Children's Books, and Other Items on Massage Table in Upstairs Room | | |
| 1118 | Photograph of Balcony outside Upstairs Room | | |
| 1119 | Photograph of Printer Inside Defendant's Office | | |
| 1120 | Photograph of Printed Photographs in Defendant's Office | | |
| 1121 | Photograph of Personal Computer Inside Defendant's Office | | |
| 1122 | Photograph of Personal Computer Inside Defendant's Office | | |

| EXHIBIT NUMBER | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1123 | Photograph of Personal Computer Inside Defendant's Office | | |
| 1124 | Photograph of Stack of $1 Bills | | |
| 1125 | Photograph of Stack of Money | | |
| 1126 | Photograph of Money Being Counted | | |
| 1127 | Photograph of Inside Stairwell from Upstairs Hallway (Looking Down) | | |
| 1128 | Photograph of Inside Stairwell from Downstairs Common Area (Looking Up) | | |
| 1129 | Photograph of Downstairs Common Area | | |
| 1130 | Photograph of DVDs in Downstairs Common Area | | |
| 1131 | Photograph of Television and DVD Player in Downstairs Common Area | | |
| 1132 | Photograph of Display Cabinet in Downstairs Common Area | | |
| 1133 | Photograph of Display Cabinet in Downstairs Common Area | | |
| 1134 | Photograph of Entrance to Downstairs Bedroom | | |
| 1135 | Photograph of Bed in Downstairs Bedroom | | |
| 1136 | Photograph of Closet in Downstairs Bedroom | | |
| 1137 | Photograph of Contents of Dresser Drawer in Downstairs Bedroom | | |

| EXHIBIT NUMBER | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1138 | Photograph of Baby Oil on Headboard of Downstairs Bedroom | | |
| 1139 | Photograph of Pool Table in Room adjacent to Downstairs Common Area | | |
| 1140 | Photograph of Yard of Defendant's House | | |
| 1141 | Photograph of Carved Fish on Table in Downstairs Common Area | | |
| 1142 | Photograph of Outdoor Staircase from Balcony | | |
| 1143 | Photograph of Seized Jet Drive | | |
| 1144 | Photograph of S.R. | | |
| 1145 | Photograph of S.R. | | |
| 1146 | Photograph of S.R. | | |
| 1147 | Photograph of S.S. | | |
| 1148 | Photograph of S.S. | | |
| 1149 | Photograph of S.S. and Assistant ICE Attache Gary Phillips | | |
| 1150 | Photograph of L.K. | | |
| 1151 | Photograph of L.K. | | |
| 1152 | Photograph of Bag containing Rope, Tape, Coladlgin FORTE, and Other Items | | |
| 1153 | Photograph of Bag containing Rope, Condom, Tape, and other items | | |
| 1154 | Photograph of Mattress from Massage Table | | |
| 1155 | Photograph of Stuffed Animal and Children's Game | | |

10

| EXHIBIT NUMBER | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1156 | Photograph of Child's Backpack | | |
| 1157 | Photograph of I.T.'S Family Home | | |
| 1158 | Photograph of I.T.'S Family Home | | |
| 1159 | Photograph of N.T.D.'S Family's Former Home | | |
| 1160-69 | Reserved | | |
| 1170 | Mattress (pink and blue trim) from Massage Table | | |
| 1171 | Wooden Stick | | |
| 1172 | Bag containing Rope and Tape | | |
| 1173 | Section of Rope | | |
| 1174 | Section of Cloth Rope | | |
| 1175 | Section of Cloth Rope | | |
| 1176 | Section of Nylon Rope | | |
| 1177 | Child Sex Warning on back of Phnom Penh map | | |
| 1178 | Shaving Kit containing KY Jelly and an empty Kamagra blister pack | | |
| 1179 | Kamagra Box | | |
| 1180 | Kamagra Information Papers | | |
| 1181 | Trojan Ultra Texture Condoms | | |
| 1182 | Condom Box | | |
| 1183 | Pink Bottle Containing Baby Oil | | |
| 1184 | Bottle Containing Mineral Oil | | |
| 1185 | Baby Oil | | |

11

| EXHIBIT NUMBER | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1186 | Carved Wooden Fish | | |
| 1187 | Dream Catcher | | |
| 1188 | Stuffed Animal (White Bear) | | |
| 1189 | Stuffed Animal (Blue Bunny) | | |
| 1190 | Stuffed Animal (White and Black Tiger) | | |
| 1191 | Album of Photographs | | |
| 1192 | Album of Photographs | | |
| 1193 | Photograph of "Nap" | | |
| 1194 | Framed Photograph of S.R. | | |
| 1195 | Photographs from Plowing Ceremony | | |
| 1196 | Photograph of Defendant with Dignataries | | |
| 1197 | Books | | |
| 1198 | Child's Notebook, labeled "KIA" | | |
| 1199 | Children's Books | | |
| 1200 | Children's DVDs | | |
| 1201 | Purple Notebook | | |
| 1202 | Miscellaneous Games and Books [01001-LI#13] | | |
| 1203 | Children's Drawings | | |
| 1204 | Children's Clothes | | |
| 1205 | Bedsheet with monkeys on moon with stars | | |
| 1206 | Bedsheet | | |
| 1207 | Red Towel | | |
| 1208 | Blue Towel | | |

12

| EXHIBIT NUMBER | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1209 | Blue Bedsheet and Pillow Cases (with Teddy Bears) | | |
| 1210 | Pink Pillowcases | | |
| 1211 | Pink Bedsheet and Pillowcases | | |
| 1212 | Red Pillow with Flowers | | |
| 1213 | Pink Towel | | |
| 1214 | Orange/Brown Towel | | |
| 1215 | Bedsheet (Blue with Pink Roses) | | |
| 1216 | Pillows (Pink) | | |
| 1217 | Tampons | | |
| 1218 | Sketch prepared by ICE Special Agent Taecook Cho | | |
| 1219 | Handwritten document entitled, "Michael MENU" | | |
| 1220 | Permission and Contract | | |
| 1221 | Notes on Back of Letter | | |
| 1222 | Newton Thilay School Application for S.R. | | |
| 1223 | Newton Thilay School Application for S.S. | | |
| 1224 | Newton Thilay School Receipt No. 376393 for L.K., dated December 30, 2005 | | |
| 1225 | Newton Thilay School Receipt No. 376395 for S.S. , dated December 30, 2005 | | |
| 1226 | Newton Thilay School Receipt No. 376396 for S.R., dated December 30, 2005 | | |

13

| EXHIBIT NUMBER | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1227 | Newton Thilay School Receipt No. 383383 for L.K., dated February 2, 2006 | | |
| 1228 | Newton Thilay School Receipt No. 383385 for S.S., dated February 2, 2006 | | |
| 1229 | Newton Thilay School Receipt No. 383386 for S.R., dated February 2, 2006 | | |
| 1230 | Newton Thilay School Receipt No. 405500 for L.K., dated April 4, 2006 | | |
| 1231 | Newton Thilay School Receipt No. 405501 for S.S., dated April 4, 2006 | | |
| 1232 | Newton Thilay School Receipt No. 405502 for S.R., dated April 4, 2006 | | |
| 1233 | Newton Thilay School Receipt No. 425765 for S.R., dated June 6, 2006 | | |
| 1234 | Clipping from Phnom Penh Post (undated), entitled, "Pedophiles take refuge in provinces" | | |
| 1235 | Clipping from Phnom Penh Post (April 21 – May 4, 2006), entitled, "Diplomacy feared in Cleghorn rape appeal" | | |
| 1236 | Clipping from The Cambodia Daily (undated), entitled, "Paratroopers Detained for Attempted Trafficking" | | |
| 1237 | Clipping from The Cambodia Daily (undated), entitled, "Australian Man Given 10 Years for Debauchery" | | |

14

| EXHIBIT NUMBER | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1238 | Defendant's 2006 Monthly Calendar | | |
| 1239 | Defendant's Italy 2004-2005 16-Month Calendar | | |
| 1240 | Edinburgh 2005 Calendar | | |
| 1241 | Family Book for S.S. & S.R. (3 pages) | | |
| 1242 | Translation of Exhibit 1241 | | |
| 1243 | Reserved | | |
| 1244 | Reserved | | |
| 1245 | Reserved | | |
| 1246 | Peach Pillow Cases | | |
| 1247 | Blue Paper Ledger | | |
| 1248-50 | Reserved | | |
| 1251 | Flunotrazepam (Rohypnol) | | |
| 1252 | Diazepam (Valium) | | |
| 1253 | Diazepam (Valium) | | |
| 1254 | Diazepam (Valium) | | |
| 1255 | Morphine (Sevredol) | | |
| 1256 | Morphine (Morfinesulfaat) | | |
| 1257 | Codeine (Codalgin) | | |
| 1258 | Codeine (Codalgin) | | |
| 1259 | Codeine (Codalgin) | | |
| 1260 | Codeine (Codalgin) | | |
| 1261 | Bupropion HCL (Wellburtrin) | | |
| 1262 | Bupropion HCL (Wellburtrin) | | |
| 1263 | Temazepam | | |
| 1264 | Temazepam | | |
| 1265 | Alprazolam (Xanax) | | |

| EXHIBIT NUMBER | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1266 | Lithium | | |
| 1267 | Lithium | | |
| 1268 | Lithium | | |
| 1269 | Lithium | | |
| 1270 | Lithium Carbonate | | |
| 1271 | Decolfed | | |
| 1272 | Mycostatin | | |
| 1273 | Drug Summary Exhibit | | |
| 1274 | Reserved | | |
| 1275 | Maxtor Hard Drive | | |
| 1276 | Jet Drive | | |
| 1277 | Nero 6 Ultra Edition Quickstart Guide | | |
| 1278 | Microsoft Windows XP | | |
| 1279 | Printout - "How to Configure a GIF or JPG Viewer to Work with Agent" | | |
| 1280 | E-mail from VIP-Support re Web Support Request (3 pages) | | |
| 1281 | Confirmation of Purchase of Forte Agent Order | | |
| 1282 | Account Information (AthenaNews.com) | | |
| 1283 | Minolta International Warranty Card for Serial No. MNG01-01 | | |
| 1284 | Minolta Special Notice | | |
| 1285 | Search Warrant Videos | | |
| 1286 | CD Insert | | |
| 1287 | Plastic Container | | |

| EXHIBIT NUMBER | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1288 | L.K.'S Clothing | | |
| 1289-98 | Reserved | | |
| 1299 | Photograph of Defendant with S.R. and S.S. | | |
| 1300 | Photograph of Defendant with S.R. and S.S. | | |
| 1301 | Photograph of K.S. and Unidentified Girl | | |
| 1302 | Photograph of K.S. and Unidentified Girl | | |
| 1303 | Photograph of K.S. and Unidentified Girl | | |
| 1304 | Photograph of K.S. and Unidentified Girl | | |
| 1305 | Photograph of K.S. and Unidentified Children | | |
| 1306 | Photograph of K.S. and Unidentified Children | | |
| 1307 | Photograph of K.S. and Unidentified Children | | |
| 1308 | Reserved | | |
| 1309 | Photograph of Defendant | | |
| 1310 | Photograph of Defendant | | |
| 1311 | Photograph of Defendant with L.K. | | |
| 1312 | Photograph of Defendant with "Nap" | | |
| 1313 | Photograph of L.K. and "Nap" | | |
| 1314 | Photograph of L.K. and "Nap" | | |
| 1315 | Photograph of L.K. and "Nap" | | |
| 1316 | Photograph of L.K. and "Nap" | | |
| 1317 | Photograph of L.K. and "Nap" | | |

17

| EXHIBIT NUMBER | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1318 | Photograph of L.K. and "Nap" | | |
| 1319 | Photograph of L.K. and "Nap" | | |
| 1320 | Photograph of L.K. and "Nap" | | |
| 1321 | Photograph of L.K. and "Nap" | | |
| 1322 | Photograph of L.K. and "Nap" | | |
| 1323 | Photograph of L.K. and "Nap" | | |
| 1324 | Photograph of L.K. and "Nap" | | |
| 1325 | Photograph of L.K. and "Nap" | | |
| 1326 | Photograph of L.K. and "Nap" | | |
| 1327 | Photograph of Defendant with L.K. | | |
| 1328 | Photograph of Defendant with L.K. | | |
| 1329 | Photograph of Defendant with "Nap" | | |
| 1330 | Photograph of Defendant with "Nap" | | |
| 1331 | Photograph of Erect Penis | | |
| 1332 | Photograph of N.T.D. and Unidentified Girl | | |
| 1333 | Photograph of L.K. | | |
| 1334 | Photograph of S.R. | | |
| 1335 | Photograph of I.T. | | |
| 1336 | Photograph of Unidentified Girl, S.R., I.T., L.K., and S.S | | |
| 1337 | Photograph of S.R. with Koeung Lang and Sang Thi Chhoeurn ("Basang") | | |
| 1338 | Photograph of L.K. | | |

18

| EXHIBIT NUMBER | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1339 | Photograph of S.S. (from Behind) | | |
| 1340 | Photograph of S.S. and S.R. (from Behind) | | |
| 1341 | Photograph of I.T. | | |
| 1342 | Photograph of I.T., S.S., S.R., and L.K. | | |
| 1343 | Photograph of L.K. | | |
| 1344 | Photograph of L.K. | | |
| 1345 | Photograph of S.R. | | |
| 1346 | Photograph of S.S. | | |
| 1347 | Photograph of S.R. | | |
| 1348 | Photograph of S.S. and S.R. | | |
| 1349 | Photograph of Ly Kim Eng and L.K. | | |
| 1350 | Photograph of Ly Kim Eng and L.K. | | |
| 1351 | Photograph of L.K. and S.S. | | |
| 1352 | Photograph of L.K., S.S., S.R., "David," and Ly Kim Eng | | |
| 1353 | Photograph of L.K., S.S., S.R., "David," and Ly Kim Eng | | |
| 1354 | Photograph of T.C. | | |
| 1355 | Photograph of L.K. | | |
| 1356 | Photograph of S.R., I.T., and S.S. | | |
| 1357 | Thumbnails of L.K. | | |
| 1358 | Photograph of L.K. and "Nap" | | |
| 1359 | Photograph of L.K. and "Nap" | | |

| EXHIBIT NUMBER | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1360 | Photograph of Defendant, S.S., S.R., and Koeung Lang | | |
| 1361 | Photograph of L.K., "David," and Ly Kim Eng | | |
| 1362 | Photograph of Song Thora Nin, S.R., S.S., child, and Koeung Lang | | |
| 1363 | Photograph of Koeung Lang | | |
| 1364 | Photograph of L.K., "David," and Ly Kim Eng | | |
| 1365 | Photograph of Defendant with L.K., S.S., S.R., and "Nap" | | |
| 1366 | Photograph of Defendant with Sang Thi Chhoeurn ("Basang") | | |
| 1367 | Photograph of Christmas Tree with Presents | | |
| 1368 | Photograph of S.S. and S.R. | | |
| 1369 | Photograph of L.K., Ly Kim Eng, "David," and "Nap" | | |
| 1370 | Photograph of S.S. and "Nap" | | |
| 1371 | Photograph of S.R. and Koeung Lang | | |
| 1372 | Photograph of L.K. | | |
| 1373 | Photograph of S.R. with L.K., Ly Kim Eng, "David," "Nap," and S.S. | | |
| 1374 | Photograph of S.S. | | |
| 1375 | Photograph of L.K., "David," and "Nap" | | |
| 1376 | Photograph of S.R. with Koeung Lang, Song Thora Nin, Sang Thi Chhoeurn ("Basang"), and Unidentified Male | | |

| EXHIBIT NUMBER | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1377 | Photograph of S.R. with Koeung Lang, Song Thora Nin, Sang Thi Chhoeurn ("Basang"), and Unidentified Male and Child | | |
| 1378 | Photograph of L.K. with Sang Thi Chhoeurn ("Basang"), Unidentified Male, and "Nap" | | |
| 1379 | Photograph of "David," "Nap," and S.S. | | |
| 1380 | Photograph of S.R. and L.K. with Koeung Lang, Song Thora Nin, Sang Thi Chhoeurn ("Basang"), and Unidentified Male | | |
| 1381 | Photograph of Koeung Lang, Song Thora Nin, Sang Thi Chhoeurn ("Basang"), Unidentified Male, and Unidentified Child | | |
| 1382 | Photograph of L.K., Ly Kim Eng, "David," and "Nap" | | |
| 1383 | Photograph of S.S. and "Nap" | | |
| 1384 | Photograph of S.S., Koeung Lang, and unidentified child | | |
| 1385 | Photograph of Sang Thi Chhoeurn ("Basang") with Koeung Lang, unidentified child and S.S. | | |
| 1386 | Photograph of L.K. | | |
| 1387 | Photograph of L.K. and Sang Thi Chhoeurn ("Basang") | | |
| 1388 | Photograph of L.K. and Sang Thi Chhoeurn ("Basang") | | |
| 1389 | Photograph of L.K. and Ly Kim Eng | | |
| 1390 | Photograph of Ly Kim Eng and Sang Thi Chhoeurn ("Basang") | | |

| EXHIBIT NUMBER | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1391 | Photograph of S.R. | | |
| 1392 | Photograph of S.S. | | |
| 1393 | Photograph of "Nap" | | |
| 1394 | Photograph of L.K. | | |
| 1395 | Photograph of Sang Thi Chhoeurn ("Basang"), Unidentified Girl, S.S., S.R., and L.K. | | |
| 1396 | Photograph of S.R. | | |
| 1397 | Photograph of T.C. | | |
| 1398 | Photograph of T.C. | | |
| 1399 | Photograph of T.C. | | |
| 1400 | Photograph of T.C. | | |
| 1401 | Photograph of "Nap" and T.C. | | |
| 1402 | Photograph of T.C., "David," S.R., L.K., "Nap," and S.S. | | |
| 1403 | Photograph of T.C. | | |
| 1404 | Photograph of S.R., S.S., and Koeung Lang | | |
| 1405-09 | Reserved | | |
| 1410 | Photograph of Unidentified Girl | | |
| 1411 | Photograph of Unidentified Girl | | |
| 1412 | Photograph of Unidentified Girl | | |
| 1413 | Photograph of Unidentified Girl | | |
| 1414 | Photograph of Unidentified Girl | | |
| 1415 | Photograph of Unidentified Girl | | |

| EXHIBIT NUMBER | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1416 | Photograph of Unidentified Girl | | |
| 1417 | Photograph of Unidentified Girl | | |
| 1418 | Photograph of Unidentified Girl | | |
| 1419 | Photograph of Unidentified Girl | | |
| 1420 | Photograph of Unidentified Girl | | |
| 1421 | Photograph of Unidentified Girl | | |
| 1422 | Photograph of Unidentified Girl | | |
| 1423 | Photograph of Unidentified Girl | | |
| 1424 | Photograph of Unidentified Girl | | |
| 1425 | Photograph of Unidentified Girl | | |
| 1426 | Photograph of Unidentified Girl | | |
| 1427 | Photograph of Unidentified Girl | | |
| 1428 | Photograph of Unidentified Girl | | |
| 1429 | Photograph of Unidentified Girl | | |
| 1430 | Photograph of Unidentified Girl | | |
| 1431 | Photograph of Unidentified Girl | | |
| 1432 | Photograph of Unidentified Girl | | |

| EXHIBIT NUMBER | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1433 | Photograph of Unidentified Girl | | |
| 1434 | Photograph of Unidentified Girl | | |
| 1435 | Photograph of Unidentified Girl | | |
| 1436 | Photograph of Unidentified Girl | | |
| 1437 | Photograph of Unidentified Girl | | |
| 1438 | Photograph of Unidentified Girl | | |
| 1439 | Photograph of Unidentified Girl | | |
| 1440 | Photograph of Unidentified Girl | | |
| 1441 | Photograph of Unidentified Girl | | |
| 1442 | Photograph of Unidentified Girl | | |
| 1443 | Photograph of Unidentified Girl | | |
| 1444 | Photograph of Unidentified Girl | | |
| 1445 | Photograph of Unidentified Girl | | |
| 1446 | Photograph of Unidentified Girl | | |
| 1447 | Photograph of Unidentified Girl | | |
| 1448 | Photograph of Unidentified Girl | | |
| 1449 | Photograph of Unidentified Girl | | |

24

| EXHIBIT NUMBER | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1450 | Photograph of Unidentified Girl | | |
| 1451 | Photograph of Unidentified Girl | | |
| 1452 | Photograph of Unidentified Girl | | |
| 1453 | Photograph of Unidentified Girl | | |
| 1454 | Photograph of Unidentified Girl | | |
| 1455 | Photograph of Unidentified Girl | | |
| 1456 | Photograph of Unidentified Girl | | |
| 1457 | Photograph of Unidentified Girl | | |
| 1458 | Photograph of Unidentified Girl | | |
| 1459 | Photograph of Unidentified Girl | | |
| 1460 | Photograph of Unidentified Girl | | |
| 1461 | Photograph of Unidentified Girl | | |
| 1462 | Photograph of Unidentified Girl | | |
| 1463 | Photograph of Unidentified Girl | | |
| 1464 | Photograph of Unidentified Girl | | |
| 1465 | Photograph of Unidentified Girl | | |
| 1466 | Photograph of Unidentified Girl | | |

| EXHIBIT NUMBER | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1467 | Photograph of Unidentified Girl | | |
| 1468 | Photograph of Unidentified Girl | | |
| 1469 | Photograph of Unidentified Girl | | |
| 1470 | Photograph of Unidentified Girl | | |
| 1471 | Photograph of Unidentified Girl | | |
| 1472 | Photograph of Unidentified Girl | | |
| 1473 | Photograph of Unidentified Girl | | |
| 1474 | Photograph of Unidentified Girl | | |
| 1475 | Photograph of Unidentified Girl | | |
| 1476 | Photograph of Unidentified Girl | | |
| 1477 | Photograph of Unidentified Girl | | |
| 1478 | Photograph of Unidentified Girl | | |
| 1479 | Photograph of Unidentified Girl | | |
| 1480 | Photograph of Unidentified Girl | | |
| 1481 | Photograph of Unidentified Girl | | |
| 1482 | Photograph of Unidentified Girl | | |
| 1483 | Photograph of Unidentified Girl | | |

26

| EXHIBIT NUMBER | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1484 | Photograph of Unidentified Girl | | |
| 1485 | Photograph of Unidentified Girl | | |
| 1486 | Photograph of Unidentified Girl | | |
| 1487 | Photograph of Unidentified Girl | | |
| 1488 | Photograph of Unidentified Girl | | |
| 1489 | Photograph of Unidentified Girl | | |
| 1490 | Photograph of Unidentified Girl | | |
| 1491 | Photograph of Unidentified Girl | | |
| 1492 | Photograph of Unidentified Girl | | |
| 1493 | Photograph of Unidentified Girl | | |
| 1494 | Photograph of Unidentified Girl | | |
| 1495 | Photograph of Unidentified Girl | | |
| 1496 | Photograph of Unidentified Girl | | |
| 1497 | Photograph of Unidentified Girl | | |
| 1498 | Photograph of Unidentified Girl | | |
| 1499 | Photograph of Unidentified Girl | | |
| 1500 | Photograph of Unidentified Girl | | |

| EXHIBIT NUMBER | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1501 | Photograph of Unidentified Girl | | |
| 1502 | Photograph of Unidentified Girl | | |
| 1503 | Photograph of Unidentified Girl | | |
| 1504 | Photograph of Unidentified Girl | | |
| 1505 | Photograph of Unidentified Girl | | |
| 1506 | Photograph of Unidentified Girl | | |
| 1507 | Photograph of Unidentified Girl | | |
| 1508 | Photograph of Unidentified Girl | | |
| 1509 | Photograph of Unidentified Girl | | |
| 1510 | Photograph of Unidentified Girl | | |
| 1511 | Photograph of Unidentified Girl | | |
| 1512 | Photograph of Unidentified Girl | | |
| 1513 | Photograph of Unidentified Girl | | |
| 1514 | Photograph of Unidentified Girl | | |
| 1515 | Photograph of Unidentified Girl | | |
| 1516 | Photograph of Unidentified Girl | | |
| 1517 | Photograph of Unidentified Girl | | |

28

| EXHIBIT NUMBER | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1518 | Photograph of Unidentified Girl | | |
| 1519 | Photograph of Unidentified Girl | | |
| 1520 | Photograph of Unidentified Girl | | |
| 1521 | Photograph of Unidentified Girl | | |
| 1522 | Photograph of Unidentified Girl and Man | | |
| 1523 | Photograph of Unidentified Girl and Man | | |
| 1524 | Photograph of Unidentified Girl and Man | | |
| 1525 | Photograph of Unidentified Girl and Man | | |
| 1526 | Photograph of Unidentified Girl and Man | | |
| 1527 | Photograph of Unidentified Girl and Man | | |
| 1528 | Photograph of Unidentified Girl and Man | | |
| 1529 | Photograph of Unidentified Girl and Man | | |
| 1530 | Photograph of Unidentified Girl and Man | | |
| 1531 | Photograph of Unidentified Girl and Man | | |
| 1532 | Photograph of Unidentified Girl and Man | | |
| 1533 | Photograph of Unidentified Girl and Man | | |
| 1534 | Photograph of Unidentified Girl and Man | | |
| 1535-39 | Reserved | | |

| EXHIBIT NUMBER | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1540 | Photographs recovered from "Girls 3" | | |
| 1541 | Photographs recovered from "Girls 4" | | |
| 1542 | Photographs recovered from "Nprotect" | | |
| 1543 | Photographs recovered from "Spider" | | |
| 1600 | Reserved | | |
| 1601 | Medical Report of Dr. Laura Watson for I.T. | | |
| 1602 | Medical Report of Dr. Laura Watson for I.T., dated 6 June 2007 | | |
| 1603 | Medical Report of Dr. Koam Phally for L.K. | | |
| 1604 | Medical Report of Dr. Laura Watson for L.K. | | |
| 1605 | Medical Report of Dr. Laura Watson for L.K., dated 6 June 2007 | | |
| 1606 | Medical Report of Dr. Laura Watson for S.R. | | |
| 1607 | Medical Report of Dr. Laura Watson for S.R., dated 6 June 2007 | | |
| 1608 | Medical Report of Dr. Laura Watson for S.S. | | |
| 1609 | Medical Report of Dr. Laura Watson for S.S., dated 6 June 2007 | | |
| 1610 | Medical Report of Dr. Laura Watson for N.T.D., dated 6 June 2007 | | |
| 1611 | Medical Report of Dr. Laura Watson for T.C., dated 6 June 2007 | | |

| EXHIBIT NUMBER | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1612 | Medical Report of Dr. Laura Watson for K.S., dated 6 June 2007 | | |
| 1700 | Reserved | | |
| 1701 | Map of Phnom Penh | | |
| 1800 | Reserved | | |
| 1801 | Photograph of Street Along Newton Thailay School and Defendant's House | | |
| 1802 | Photograph of Phnom Penh Suburb Near I.T'S Family Home | | |
| 1803 | Photograph of Phnom Penh Suburb Near I.T'S Family Home | | |
| 1804 | Photograph of Phnom Penh Suburb Near I.T'S Family Home | | |
| 1805 | Photograph of Bridge in Phnom Penh | | |
| 1806 | Photograph of Bridge in Phnom Penh | | |
| 1807 | Store Selling Bamboo in Phnom Penh | | |
| 1808 | Store Selling Bamboo in Phnom Penh | | |
| 1809 | Store Selling Bamboo in Phnom Penh | | |
| 1810 | Toll Booth in Phnom Penh | | |
| 1811 | Shell Sellers in Phnom Penh | | |
| 1812 | Shell Sellers in Phnom Penh | | |
| 1813 | Railroad Crossing in Phnom Penh | | |
| 1814 | Newton Thilay School Near Defendant's House | | |

31

| EXHIBIT NUMBER | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1900 | Reserved | | |
| 1901 | Photograph of Defendant with Identifications | | |
| 1902 | Photograph of Defendant with Identifications | | |
| 1903 | Photograph of Defendant's House with Identifications | | |
| 1904 | Photograph of Defendant's Bed with Identifications | | |
| 1905 | Photograph of Defendant's Bed with Identifications | | |
| 1906 | Photograph of Defendant with Identifications | | |
| 1907 | Photograph of "Nap" | | |
| 2000 | Reserved | | |
| 2001 | Handwritten Letter from "Michael" to "Family," undated | | |
| 2002 | Handwritten Letter from "Michael" to "Family," undated | | |
| 2003 | Handwritten Letter from "Michael" to "Richard and Elaine" | | |
| 2004 | Handwritten Document in Khmer | | |
| | Translation of Handwritten Document in Khmer | | |
| 2005 | Reserved | | |
| 2006 | Letter of Patricia A. Donahue to Sang Thi Chhoeurn ("Basang"), dated June 1, 2007 | | |

32

| EXHIBIT NUMBER | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 2007 | Redacted Letter of "Michael" to "Richard and Elaine" with Envelope postmarked, August 15, 2006 | | |
| 2008 | E-mail of Sean O'Hara to Maureen O'Hara, with Redacted Attachment | | |
| 2009 | E-mail to khunkcm@yahoo.com | | |
| 2010 | E-mail to khunkcm@yahoo.com | | |
| 2011 | E-mail to khunkcm@yahoo.com | | |
| 2012 | Drawing by L.K. | | |
| 2013 | Drawing by L.K. | | |
| 2014 | Drawing by T.C. | | |
| 2015 | Drawing by T.C. | | |
| 2016 | Family Book for L.K. | | |
| 2017 | Translation of Exhibit 2016 | | |
| 2018 | Family Book for | | |
| 2019 | Translation of Exhibit 2018 | | |
| 2020 | Family Book for | | |
| 2021 | Translation of Exhibit 2020 | | |
| 2022 | Family Book for | | |
| 2023 | Translation of Exhibit 2022 | | |

33