# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 07-168(A) DSF | Date | 4/29/08 |
|---|---|---|---|

**Present: The Honorable** DALE S. FISCHER, United States District Judge

**Interpreter** N/A

| Paul Pierson | Pamela Seijas | Patricia Donahue John Lulejian |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael Joseph Pepe | X | X | | Carl Gunn, DFPD | X | X | |
| | | | | Charles Brown, DFPD | X | X | |

HEARING ON:

1) Government's Motion in limine to Introduce Evidence Under Rule 404(b) [filed 4/1/08] ;

2) Government's Re-filed Motion in limine to Introduce Evidence Under Rule 404(b) [filed 4/3/08] ;

3) Defendant's Under Seal Motion in limine [filed 4/14/08];

4) Defendant's Motion in Limine to Exclude Testimony of Govt Cultural Expert Wendy Freed and to Preclude Characterizing the Allegations in this Case as Torture [filed 4/17/08];

5) Defendant's Motion in Limine to Exclude Testimony of Government Grooming Expert of Special Agent James T. Clemente [filed 4/21/08]; and

6) Defendant's In Camera/Ex Parte Applications

**Proceedings:**

        The case is called and counsel state their appearances.  The Court and counsel address the above-referenced motions and further discuss the trial that is now scheduled to begin on 5/7/08 at 10:00 a.m., as stated on the record.  The Court sets a Daubert hearing on 5/5/08 at 10:00 a.m. and advises counsel that written orders will issue.

CR-11                                **CRIMINAL MINUTES - GENERAL**

                                                                                    0/55
                                                            **Initials of Deputy Clerk: PDP**