# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CR 07-168(A) DSF |
| Date | 5/9/08 |
| Present: The Honorable | Dale S. Fischer, United States District Judge |
| Interpreter | N/A |

| Paul Pierson | Pamela Seijas | Patricia Donahue & John Lulejian |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder, Tape No. | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael Joseph Pepe | X | X | | Carlton Gunn, DFPD | X | X | |
| | | | | Charles Brown, DFPD | X | X | |

___ Day COURT TRIAL        2nd Day JURY TRIAL        ___ Death Penalty Phase

___ One day trial;    ___ Begun (1st day);    X Held & continued;    ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

X Opening statements made    both government and defense counsel

X Witnesses called, sworn and testified.

X Exhibits identified        X Exhibits admitted

___ Government rests.    ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made    ___ Court instructs jury    ___ Bailiff sworn

___ Alternates excused    ___ Jury retires to deliberate    ___ Jury resumes deliberations

___ Finding by Court as follows:            ___ Jury Verdict as follows:

Dft # ___    ___ Guilty on count(s)        ___ Not Guilty on count(s)

___ Jury polled                ___ Polling waived

___ Filed Witness & Exhibit lists    ___ Filed Jury notes    ___ Filed Jury Instructions    ___ Filed Jury Verdict

___ Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

___ Dft # ___ remanded to custody.    ___ Remand/Release# _____ issd.    Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

X Case continued to    5/13/08 at 8:00 a.m.    for further trial/further jury deliberation.

___ Other:

                                                                              6  :  15
                                                       Initials of Deputy Clerk    PdP

CR-78 (06/06)        **CRIMINAL MINUTES - TRIAL**        Page 1 of 1