SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
CHARLES C. BROWN (No. 179365)
Deputy Federal Public Defender
(E-mail: Charles_Brown@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-4795
Facsimile (213) 894-0081

Attorneys for Defendant
MICHAEL PEPE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 07-168-DSF |
| Plaintiff, | STIPULATION AND [PROP0SED] ORDER CONTINUING SENTENCING HEARING |
| v. | |
| MICHAEL PEPE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, by and through its attorney of record, Assistant United States Attorney, Patricia Donahue and defendant Michael Pepe, by and through his attorney of record, Deputy Federal Public Defender, Charles C. Brown, that the sentencing hearing presently scheduled for November 4, 2008 at 8:30 a.m. shall be continued until January 12, 2009 at 8:30 a.m., or another date and time convenient with the court.

/

/

/

This stipulation is based upon the reasons set forth in the declaration of defense counsel.

Respectfully submitted,

SEAN K. KENNEDY
Acting Federal Public Defender

DATED: October 28, 2008    By_____/s/_____
CHARLES C. BROWN
Deputy Federal Public Defender


THOMAS P. O'BRIEN
United States Attorney


DATED: October 28, 2008    By  */s/ per telephonic authorization*
PATRICIA DONAHUE
Assistant United States Attorney

2

## DECLARATION OF CHARLES C. BROWN

I, CHARLES C. BROWN, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California who is appointed to represent MICHAEL PEPE, in the above-entitled action.

2. On May 29, 2008, after a four-week jury trial, Mr. Pepe was found guilty of seven counts of violating 18 U.S.C. § 2423(c). The presentence report was disclosed to the parties on July 30, 2008. The report recommends that Mr. Pepe receives the statutory maximum punishment of 210 years. This matter was continued from September 3 until September 25, 2008 pursuant to stipulation of the parties. Later, at the request of the defense, the proceedings where bifurcated and on September 25, 2008, the parties and the victims appeared for the victim impact portion of the proceedings. On that date, the victims presented their statements to the court. The second phase of sentencing was continued until November 4, 2008. This additional request is made by the defense because additional time is necessary for a mental health professional to review and evaluate Mr. Pepe's medical records for sentencing mitigation purposes.

3. Defense counsel has been investigating Mr. Pepe's background in an effort to document his medical and mental health history to present to the court for consideration at the time of sentencing. To further this effort, defense counsel has requested, but not yet, received various records, including a psychological evaluation from Dr. Carol Morgan, an expert retained by the defense in this case.

/
/

4.	In additional, the defense is in the process of examining Mr. Pepe's military and VA records to better document Mr. Pepe's background and personal history for the court at the time of sentencing. In this regard, the defense has enlisted the help of Debra Garvey, a mitigation specialist and former Chief Investigator of the Capital Habeas Unit at the office of the Federal Public Defender.  The defense is in the process of incorporating the results of Ms. Garvey's investigation into defendant's position paper regarding sentencing.

5.	In light of the seriousness of the charges and the fact that Mr. Pepe is facing a life sentence, the defense believes that the requested continuance is necessary to properly obtain records, investigate, and prepare the defense's sentencing position paper addressing all of the relevant § 3553(a) factors in this case. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: October 28, 2008

_____/s/_____
CHARLES C. BROWN
Deputy Federal Public Defender