# EXHIBIT A

# JIMMY TONG NGUYEN

May 5, 2010


Charles C. Brown
Deputy Federal Public Defender
Central District of California/Eastern Division
3801 University Avenue – Suite #150
Riverside, CA  92501

**RE:   USA v. PEPE; CR07-168-DSF**

Dear Mr. Brown:

After reviewing the testimonies of the Vietnamese witnesses in the above-referenced case; I have made the following findings regarding the service of Ann Spiratos, the Vietnamese Interpreter who was contracted by the United States Attorney's Office:

1. Ms. Spiratos frequently referred to the Assistant U.S. Attorney (AUSA) as "The Judge" ("Quan Toa") on direct examination of the witnesses; her incorrect interpretation could give the Vietnamese witnesses the impression that the prosecutor is the ultimate authority in the courtroom (according to the Vietnamese mentality).  Her inappropriate interpretations can be found in the testimonies of IT on 5/14/08 at 7 minutes 58 seconds; IT's second testimony at 8 minutes 20 seconds; and NTD's on 5/15/08 at 32 minutes 33 seconds.

2. When interpreting in the Vietnamese language, Ms. Spiratos constantly addressed the witnesses as "Con" ("Child/My Child").  In the Vietnamese culture, only grandparents, parents, direct relatives such as aunts/uncles and/or respected elders in the society such as professors and teachers would condescendingly use this term to show affection and authority toward the youngsters in their daily conversations.  Unless Ms. Spiratos had spent some time to establish her close relationship with the witnesses and their families prior to the trial, her choice of word in this matter is completely bias, unprofessional and inappropriate.

3. In the testimony of IT on 5/14/10 at 3 minutes 55 seconds, Ms. Spiratos conversed in the Vietnamese language with the witness and leading the answer of the witness regarding "Ut con" ("my Ut").  Ms. Spiratos asked the witness in Vietnamese language, "Is it "Ut con" your uncle?" prior to the explanation of the

witness.   This part of the conversation showing that Ms. Spiratos had the personal knowledge of the witness's family structure and a close relationship with the family of the witness prior to the trial.

4.  In IT's testimony on 5/14/08 at 11 minutes 58 seconds, when the prosecutor asked, "Has anybody bought (the stuff animal) for you before?"  Ms. Spiratos interpreted in Vietnamese language as "Has anybody bought (the stuff animal) for you since you were born?"  This interpretation by Ms. Spiratos was a technique of leading the witness IT toward the recollection of her memory that nobody has bought anything (toy/stuff animal) at all for her since her birth except the defendant, who was trying to woo her for sex.  Ms. Spiratos's concern for the witness could be viewed as a way for her to prompt the witness to answer the question benefiting the prosecution.

5.  In IT's testimony on 5/14/08 at 13 minutes 10 seconds, when the prosecutor asked her on direct examination about the picture.  IT's answer was, "Hinh cua con" ("My picture").  Ms. Spiratos purposely interpreted as "Our picture."  The prosecutor was surprised with the interpretation and repeated the question, "What do you mean our picture?"  Ms. Spiratos then conversed in Vietnamese language with the witness leading the witness to restate her answer to, "My picture with the other sisters."  This bias and unprofessional conduct of Ms. Spiratos repeated again at 17 minutes 01 second of this testimony when IT answered, "Hinh cua con" in Vietnamese, and Ms. Spiratos interpreted as, "This is the picture of us."  In IT's testimony on 5/15/08 at 6 minutes 35 seconds when the witness answered in Vietnamese language, "Phong cua con ngu..." ("The room I was sleeping in ..."), Ms. Spiratos purposely interpreted as "Our room."

6.  In IT's testimony on 5/15/08 at 35 minutes 58 seconds, the prosecutor, on her direct examination, referred to the payment of 100 dollars.  IT repeatedly answered "100 dong" (Vietnamese currency), Ms. Spiratos, even after her verification with the witness, continued to interpret incorrectly as "100 (U.S.) dollars."

7.  On the cross-examination of the witness IT on 5/15/08 by Defense Counsel Charles Brown at 40 minutes 19 seconds when Mr. Brown asked IT, "How often do you see your grandmother?"  Ms. Spiratos incorrectly interpreted the question into Vietnamese language as "Bao nhieu lan trong mot thang con gap ba Ngoai mot lan?" ("How many times per month have you seen your maternal grandmother, my child?")  Ms. Spiratos has the habit of inserting her personal thought and opinion by changing the form of question "How often . . . ?" to her own interpretation in Vietnamese language as "How many times per month . . . ?"  Her practice repeated again in the direct examination of NTD by the prosecutor on 5/15/08 at 43 minutes 52 seconds when the prosecutor's question was, "How often do you see your family?"  Ms. Spiratos' interpretation into Vietnamese language was "Within one week or one month, how many times do you see your family?"  At 47 minutes 24 seconds into the testimony of NTD on direct examination, the prosecutor's question was, "How often do you see N ?"  Ms. Spiratos's interpretation into Vietnamese language was, "In one week or one month how many times do you see   N ?"

8. In the direct examination of NTD on 5/15/08 by the U.S. Prosecutor at 11 minutes 10 seconds into the proceeding, the witness NDT's answer was "... HURT ME." Ms. Spiratos purposely interpreted as "HAUNTED ME." With doubt, the prosecutor repeated the question emphasizing the expression of "hurt me" or "haunted me." Ms. Spiratos turned over to the witness NTD to verify whether the witness indicated "hurt me" or "haunted me." The witness NDT once again confirmed with Ms. Spiratos in Vietnamese language that she said "hurt me;" Ms. Spiratos continued to interpret incorrectly as "HAUNTED ME" to the prosecutor. Ms. Spiratos was deliberately bias with her interpretation toward the witness and the prosecution in this matter.

9. The demeanors of the witnesses IT and NTD in Vietnamese conversations showed that they were well prepared for the questions and answers at trial. The witnesses' interactions with Ms. Spiratos in Vietnamese language demonstrated their intimacies, prior contacts as well as personal relationship with the Vietnamese interpreter.

## Defense Expert's Opinion Regarding the government contracted Vietnamese Interpreter Ann Luong Spiratos's Performance:

Ms. Ann Luong Spiratos was contracted by the U.S. Attorney's Office as Vietnamese Interpreter throughout the investigation, the depositions of witnesses and at the trial. Ms. Spiratos had an advantage of communication with the witnesses and their families to establish the working relationship with them as an independent professional. However, Ms. Spiratos stepped over her professional capacity by intimately and emotionally got involved with the witnesses in this matter. Her favorable attitude toward the witnesses demonstrated continuously throughout the trial proceeding by referring to the witnesses as "CON" ("Child and/or My Child") when interpreting for them during the entire direct examinations and cross-examinations at trial. Her conduct can be viewed as bias, unprofessional and inappropriate under the code of ethic of the professional interpreter. Providing a comfortable environment to the witness at trial is the interpreter's responsibility; however, to intimately address the witness on the witness stand by the interpreter could adversely be viewed as conflict of interest by either parties involved in the case.

## A professional interpreter should excuse himself/herself out of the case if he/she feels that he/she cannot remain unbiased toward the parties involved.

Through my review of the DVDs and transcripts of this case, I have found that Ms. Spiratos often inserted her opinions and thoughts into her interpretations from English into Vietnamese and vice-versa. Her discrepancies in interpretation often adversely changed the significance of the questions and the answers. Her incompetence could be regarded as lack of knowledge of the culture or the fluency of the Vietnamese language in which she served as an interpreter.

It is understandable that during her course of working with the Vietnamese government witnesses in this case Ms. Spiratos developed her personal senses of sympathy and attachment toward the witnesses; however, it is not acceptable for Ms. Spiratos, while working as an official interpreter at the trial, to become bias and affectionate toward the government witnesses. Her absence of professionalism by calling the government

3

witnesses as "My child" in Vietnamese language, and incorrectly interpreting the word "HURTING" as "HAUNTING" that provided the prosecution an unsolicited opportunity to prove to the jury that the government witness NTD is forever psychologically damaged by the defendant in this case.  This is an unforgivable bias mistake by the State of California certified interpreter like Ms. Ann Luong Spiratos.

The conduct of Ms. Spiratos in this case proved that she failed to separate her personal emotion with her professionalism as an official court interpreter.  Furthermore, she was trying to play the roles of the protector and psychiatrist toward the government witnesses IT and NTD by constantly addressing them as "Con" ("Child/My Child") and occasionally changed their Vietnamese testimonies into her own English interpretation.

My analysis is based solely on the materials provided to me by your office as well as my lifetime experience working with the Vietnameses at home and abroad as a Political Warfare Officer prior to 1975 and; since 1980, as a Community Counselor, ESL Teacher, Law Enforcement Officer, United States District Court Appointed Investigator, Court Interpreter/Translator, and Court Expert on the Vietnamese language and culture.

Sincerely,

Jimmy Tong Nguyen
Retained Defense Expert

**Note:**  Attached please find the review and evaluation of my contracted Cambodian Interpreter regarding the Khmer testimonies of the Cambodian witnesses for your evaluation and approval.

4

1

## Khmer Evaluation of Interpretation on DVD 1-4

2 As an evaluator of the interpretation on the DVDs, I found some inaccurate interpretation from

3 English into Khmer and from Khmer into English. On some occasions, the interpreter tried to

4 have dialogues with the witness before rendering the interpretation. The followings are some of

5 the discrepancies that I found during my review of the videos.

6

7 In referring to the various parts of the DVD, I indicate the segment and the time frame on the

8 DVD, and then I transcribe the original English or Khmer questions whenever I hear any

9 discrepancy in the interpretation. After that, I transcribe the original Khmer version that the

10 speaker uses, and then I translate back into English using *italicized text* to show the actual

11 interpretation.

12 _____

13 **PART 1, DVD 1 (C**

14 **0:00:48 (Time frame on the DVD)**

15 The interpreter used the Khmer word "កូន" or "*koan*" to interpret the English word "*you*" in

16 addressing the witness.

17

18 **Evaluator's comment:**

19 According to the latest GF 386 English/Khmer dictionary, the word "*koan*" is defined as "*a*

20 *child, daughter or son.*" This interpretation may be culturally appropriate in a casual or

21 semi/casual setting and it is not completely incorrect in this context; however, the word "*koan*" is

22 commonly used to show affection or sympathy. In a legal setting, it can give a wrong impression

23 to the witness that I, the interpreter, am on your side. This would create an appearance of being

1

1  bias. According to the interpreters professional code of conduct, interpreters need to be neutral in

2  all legal proceedings.

3  ―――――――――――――――――――――

4  **0:18:44**

5  Prosecutor:  Can you show how he tied your arms with the white rope?

6  Interpreter:  កូនលើកដៃ បង្ហាញគេ គាត់ចងរបៀបម៉ិច ។ លើកដៃបង្ហាញគេ ។ *(Daughter, please lift your arms to show*

7  *them how he tied your arms. Lift your arms.)*

8  Witness:  លើកឡើងថា គាត់ចង? *(Lift to show how he tied?)*

9  Interpreter:  Show?

10  Prosecutor:  Yes. Can you show with your arms?

11  Interpreter:  ហ្នឹងហើយ លើកឡើង គាត់ចងរបៀបម៉ិច ។ *(Yes. Lift to show how he tied.)*

12  Witness:  គាត់ចងធ្វើងម៉្លេះ ។ *(He tied like this.)*

13  Interpreter:  ចងនៅកន្លែងនេះម៉្លេះ? *(Tied at this place)?*

14  Witness:  ចា៎ ។ *(Yes.)*

15  Interpreter:  ចងជាប់គ្នាម៉្លេះ? *(Tied together?)*

16  Witness:  អត់ទេ ។ ចងអញ្ចេះ ។ *(No. Tie like this.)*

17  Interpreter:  Would you like? Uh, Your honor, would you like?

18  Judge:  Translate what she's saying.

19  Interpreter:  Okay. He tied my wrists this way. Seperately.

20

21

2

**Evaluator's comment:**

Starting with line 12 to line 16, the interpreter carried a dialogue with the witness. Instead of rendering a direct interpretation of the questions, the interpreter took liberty to provide her own phrases to help witness answer questions. This kind of dialogue is not acceptable during a court testimony because everyone sitting the courtroom needs to hear everything that the witness was speaking.

———————————————

**0:24:00**

Prosecutor:     Was this the only time that Michael put **his penis into your vagina**?

Interpreter:    ពេលវេលា តើម្តងទេឬ ដែលម៉ៃឃល់ ធ្វើបាបឯង? តើម្តងទេឬ? *(That time, was that the only time that*

                *Michael **hurt** you? Was it the only time?)*

Witness:        ទេ ។ *(No.)*


**Evaluator's comment:**

In line 10, the prosecutor used a very specific phrase "**his penis into your vagina**" but in line 12, the interpreter used the word, "**hurt**" to convey the meaning. Again, this showed an inaccurate interpretation of the original question.

———————————————

3

| 1 | **0:27:29** |
|---|---|

2    Prosecutor:    What were you doing when Michael hit on your back?

3    Interpreter:    ចុះកាលហ្នឹងគូនបានធ្វើអី បានគាត់វាយ លើខ្នង? *(At that time, what did you do that he hit you on*

4                 *your back?)*

5    Witness:     អត់គ្រេងដេកជាមួយគាត់ ។ *(I wouldn't sleep with him.)*

6    Interpreter:    I wouldn't sleep with him.

7    Prosecutor:    When you say, "I wouldn't sleep with him" what do you mean?

8    Interpreter:    គូនថា គូនអត់គ្រេមគេញជាមួយគាត់ តើគូនមានន័យយ៉ាងម៉េច? *(When you said that you wouldn't*

9                 *sleep with him, what do you mean you wouldn't sleep with him?)*

10   Witness:     អត់ដេក ព្រោះគូនខ្លាចគាត់ ។ *(I didn't sleep because I was afraid of him.)*

11   Interpreter:    I meant that I wouldn't let him insert his penis in my vagina.

12

13   **Evaluator's comment:**

14   On line 2, the prosecutor used the phrase "What were you doing" but the interpreter used the

15   phrase "What did you do." On line 11, instead of rendering of the interpretation of the witness's

16   original statement, the interpreter added her own phrase, "I meant that I wouldn't let him insert

17   his penis in my vagina." This clearly is the violation of the professional practice of interpretation.

18            ------------------------------------------------

19

| 20 | **0:38:20** |
|---|---|

21   Prosecutor:    How did you get to Michael's house?

22   Interpreter:    តើអ្នកណានាំគូនទៅផ្ទះម៉ៃខាល់? *(Who took you to Michael's house?)*

4

1    Witness:    ម៉ីង សាងៗ *(Aunty, Sang.)*

2    Interpreter:    Sang.

3

4    **Evaluator's comment:**

5    The prosecutor used the word "How" but the interpreter used the word "Who." This is just a

6    minor misinterpretation of the original question, but it caused a lot of confusion.

7                ———————————————————————————

8

9    **0:48:15**

10    Charles Brown:    My name is Charles Brown.

11    Interpreter:    ភាគ់ឈ្មោះ នាល ប្រោន ។ *(He is Michael's attorney.)*

12    Charles Brown:    And I am Michael Pepe's attorney.

13    Interpreter:    ភាគ់គីជាមេធាវីរបស់ម៉ៃខាល់ ។ **(He is Michael's attorney.)**

14    Charles Brown:    I have to ask you a few questions. Is that Okay?

15    Interpreter:    ភាគ់សុំសួរសំណួរពីរបី បានទេ? *(He would like to ask you some questions. Is that*

16                      *Okay?"*

17

18    **Evaluator's comment:**

19    The attorney used the proper noun "I" but the interpreter used the proper noun "He" in the

20    interpretation to the witness. This is such a minor discrepancy but it is not an acceptable usage

21    during a trial.

22                ———————————————————————————

1 | **0:58:47**

2 | Charle Brown:     It seems your Khmer is very good, C

3 | Interpreter:     គាត់សរសើរគុន និយាយភាសាខ្មែរបានល្អ។ *(He's admiring you (daughter) for speaking*

4 |     *Khmer very well.)*

5 |

6 | **Evaluator's comment:**

7 | Instead of interpreting the question, the interpreter came up with her own words. This is just

8 | another discrepancy.

9 | ——————————————————————

10 |

11 | **1:06:29**

12 | Charle Brown:     Did Sang pick you from Michael's house?

13 | Interpreter:     Can you repeat that Counsel?

14 | Charle Brown:     Yes. Earlier, Cl     l that P-Sang **picked her up** from the house?

15 | Interpreter:     កូនបាន និយាយថា សាង បានបណ្ដេញកូនចេញពីផ្ទះ ។ *(Daughter, you said that Sang had*

16 |     **kicked you out of** *the house?*

17 | Witness:     អត់ទេ ។ *(No.)*

18 | Interpreter:     I did not say.

19 |

20 |

21 |

22 |

6

1    **<u>Evaluator's comment:</u>**

2    Instead of providing a direct interpretation of the original phrase "picked her up," the interpreter

3    misspoke and used the phrase "kicked you out of." This is just another discrepancy and the

4    interpreter created confusion during this questioning.

5    _____

6

7                                    The end of

8                          C        's testimony.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

1  **DVD 1, PART 2 (K**

2  **0:00:25 (Time frame on the DVD)**

3  In this second part of video1, I did not find any obvious discrepancies, but the interpreter again

4  used the Khmer word "ŋs" or "*koan*" to interpret the English word "*you*" in addressing the witness.

5  According to the Khmer-English dictionary, the word "*koan*" is defined as "*a child, daughter or*

6  *son.*" This interpretation is not completely incorrect; however, the word "*koan*" is commonly

7  used to show affection or sympathy.

8

9  The end of

10  K        's testimony.

11

12

13

14

15

16

17

18

19

20

21

22

23

8

1 | **DVD 2, PART 1 (K          )**

2 | **0:02:01**

3 | Karl Gunn:      K       , my name is Karl Gunn, and I am one of Michael Pepe's attorneys.

4 | Interpreter:    គាត់ឈ្មោះ ខាល់ ហ្កាន់ ហើយ គាត់គឺជាមេធាវីរបស់មិចខល់ យល់ទេ? *(He is Karl Gunn and He is*

5 | *Michael's attorneys. Understand?)*

6 | Karl Gunn:      I need to ask you some questions.

7 | Interpreter:    គាត់ចង់សួរសំណួរក្នុងខ្លះៗ ។ *(He wants to ask you some questions.)*

8 | Karl Gunn:      Michael did send you to school while you were living at his house, correct?

9 | Interpreter:    កាលដែលកូនរស់នៅក្នុងផ្ទះរបស់មិចខល់ តើមិចខល់ បាននិយាយកូនទៅរៀនមែនទេ? *(When you, daughter, were*

10 | *living at Michael's house, did Michael send you to school?)*

11 | Witness:        ចាំ ។

12 |

13 | **Evaluator's comment:**

14 | Mr. Gunn used the proper noun "I" as a first person when he asked questions. The interpreter

15 | used proper noun "he" as a third person to interpret the question. In addition, the interpreter used

16 | the word "daughter" to address the witness. This in-appropriate use of pronouns created a

17 | situation of "us-against-him." By calling the witness "daughter" and the attorney "he," the

18 | interpreter seemed to side with the witness, and did not demonstrate a sense of neutrality, but

19 | instead created a bias environment.

20 |

21 | **0:34:51**

22 | The DVD abruptly ended.

9

1   **DVD 2, PART 2 (K·          )**

2   **0:09:10**

3   Karl Gunn:     But in fact, you did tell him that the total numbers of times that Michael raped

4                    you was about 20 times, is that right?

5   Interpreter:     ឥឡូវកាត់ចង់ដឹងថា តើកូនបានប្រាប់ប៉ូលីសហ្នឹងថា គាត់ហ្ដើងរំលោភកូន ២០ដង បានប្រាប់អញ្ចឹងទេ? *(Right now, he*

6                    *wants to know that you, daughter, told the police that he raped you 20 times. Did*

7                    *you tell (them) that?*

8   Judge:       K·       the question is not what the interpreter just read. But the question is

9                    what you now remember about what you said to the police officer.

10   Interpreter:     ឥឡូវនាគ ក្នុងឥឡូវនាគ ពេលឥឡូវនាគ ។ *(Right now, at this time, right now.)*

11   Judge:       Do you understand the difference?

12   Interpreter:     កូនអាចចាំបានទេ ពាក្យដែលកូននិយាយទៅប៉ូលីស? កូនចាំបានទេ ក្នុងពេលឥឡូវនាគ? អាចចាំបានទេ? *(Can you,*

13                    *daughter, remember the word that you, daughter, said to the police? Can you,*

14                    *daughter, remember at this time? Can you, daughter, remember?*

15   Witness:       ចាំបានខ្លះ ។ *(remember some.)*

16   Interpreter:     I can remember some.

17   **Evaluator's comment:**

18   Instead of using the pronoun "I", the interpreter used the pronoun "he" to refer to Mr. Gunn as a

19   third party. Again the interpreter creates an "us-against-them." Comparing lines 3 and 4 to lines

20   5, 6 and 7, we can see that the interpreter did not interpret Mr. Gunn's question completely.

21   From line 8 to line 14, the interpreter did not interpreter the Judge's questions at all. This created

22   a lot of confusion in the later part of the proceeding.

23                   ————————————————————

| | | |
|---|---|---|
| 1 | | **0:13:40** |
| 2 | Karl Gunn: | When you met with Ms. Donahue you told her that after two or three weeks. It |
| 3 | | was everyday after the first two or three weeks, right? |
| 4 | Interpreter: | នៅពេលដែលកូនបានជួបជាមួយអ្នកស្រីដាណាហ៊្យូ កូនបានប្រាប់អ្នកស្រីដាណាហ៊្យូថា គាត់រំលោភកូន រាល់ថ្ងៃ បន្ទាប់ពី |
| 5 | | ពីរបីអាទិត្យមក ។ កូនបានថានិយាយអញ្ចឹងទេ? *(When you met with Ms. Donahue you told her that* |
| 6 | | *he **raped** you everyday after two or three weeks. Did you say that?)* |
| 7 | Witness: | នាក់ស្រីណា? ខ្ញុំ មិនដែលស្គាល់គាត់ផង ។ *(Which lady? I didn't know anybody?)* |
| 8 | Interpreter: | What lady. I don't know. |
| 9 | Karl Gunn: | This lady who is sitting right here. The prosecutor who asked you questions |
| 10 | | earlier. Heidi. |
| 11 | Witness: | ចាំ ប្រាប់ថាម៉ិច? *(Yes. What did I say?)* |
| 12 | Interpreter: | Okay, what did I say? |
| 13 | Karl Gunn: | You told her that after the first few times, it started to happen everyday, right? |
| 14 | Interpreter: | កូនប្រាប់អ្នកស្រីហ្នឹងថា គាត់រំលោភកូននលោភកូនបានពីរដង ។ ក្រោយពីពីរហ្នឹងមក គាត់រំលោភកូនរាល់ថ្ងៃ ។ កូនបាននិយាយ |
| 15 | | ពាក្យហ្នឹងទេ? ឬ ក៏អត់? *(Daughter, you told the lady that he **raped** you two times. After* |
| 16 | | *those two times, he **raped** you every day. Did you say those words?)* |
| 17 | **Evaluator's comment:** | |
| 18 | On lines 2 and 3, the attorney did not the word "raped"; however, the interpreter used the word | |
| 19 | "raped" on line 6. This is significant because the word "raped" conveyed certain meaning to the | |
| 20 | listener. | |
| 21 | | |

| | | |
|---|---|---|
| 1 | **0:53:01** | |
| 2 | Karl Gunn: | You only gave "being raped" as a reason to agent Phillip after he suggested as a |
| 3 | | reason is that true? |
| 4 | Interpreter: | Can you repeat the question? |
| 5 | Karl Gunn: | You only gave "being raped" as a reason for not liking the house after agent |
| 6 | | Phillip suggested that. Isn't that true, K⠀⠀? |
| 7 | Interpreter: | កាលហ្ញឹងកូនធ្វើយទៅលោកអ្នកហ្ញឹងលីកថា កូនធ្វើយថា វិលោក ការរំលោកហ្ញឹង ធ្វើឱ្យកូនទនចូលចិត្តរស់នៅផ្ទះហ្ញឹង ។ |
| 8 | | កូនធ្វើយអរហ្ញឹងដោយសារ លោកហ្ញឹបបំបហ្ញឹង ព្រាប់កូនអរហ្ញឹងហ្ញេះ? ឬម្ភាយគាត់ឥតប្រាប់ទេ? *(Daughter, you* |
| 9 | | *answered to Mr. Phillip that raping caused you not to like living in that house.* |
| 10 | | *You answered in that manner because Mr. Phillip had told you that. Or he had* |
| 11 | | *not told you that?)* |
| 12 | Witness: | មិនពិតទេ ។ *(Not true.)* |
| 13 | Interpreter: | Not true. |
| 14 | **Evaluator's comment:** | |
| 15 | Comparing lines 5 and 6 to the interpretation on lines 8, 9 and 10, the interpreter misinterpreted | |
| 16 | the question entirely. This misinterpretation created a lot of confusion in later part of the | |
| 17 | testimony. | |
| 18 | | |
| 19 | | **01:12:30** |
| 20 | | **The end of the Part 2** |
| 21 | | **The end of DVD 2** |
| 22 | | |

1
THE BEGINNNING OF DVD 3

2
PART 1, DVD 3 (R        ᵔ)

3
0:25:50

4
Prosecutor:    R        did Michael ever put his penis inside your vagina?

5
Interpreter:    កូន ម៉ែឯង ដែលបានដាក់ប្រដាប់គាត់ចូលទៅក្នុងប្រដាប់កូនដែរទេ? *(Daughter, did Michael ever put his*

6
*thing inside your thing?)*

7
Witness:       ទេ ។ *(No.)*

8
**Evaluator's comment:**

9
In line 3, the prosecutor used a very specific phrase "**his penis into your vagina**", but in line 4,

10
the interpreter used the word, "**thing**" to convey the meaning. Again, this showed an inaccurate

11
interpretation of the original question. The interpreter seemed to have difficulty using the

12
specific Khmer words to interpret the original question.

13
-----------------------------------------------

14
**01:39:30**

15
**The end of the Part 1, DVD 3**

16

17

18

19

20

21

13

1   | **PART 2, DVD 4 (S.    )**

2   | **0:35:13**

3   | Prosecutor:   Did you try to leave Michael's house?

4   | Interpreter:   តើកូនដែលចង់ចេញពីផ្ទះ ម៉ៃកល់ ឬរ? *(Did you, daughter, ever want to leave Michael's*

5   | *house?)*

6   | Witness:   ចង់ ។ *(want)*

7   | Interpreter:   Yes.

8   | Prosecutor:   What did you do?

9   | Interpreter:   កូនធ្វើម៉េច បានចេញមកក្រៅ? *(What did you do to get out?)*

10  | Witness:   អត់យល់ទេ ។ *(I don't understand.)*

11  | Prosecutor:   When you tried to leave Michael's house, what did you do?

12  | Interpreter:   នៅពេលដែលកូនចង់ចេញ កូនបានធ្វើរបៀបម៉េច? *(When you tried to leave, what did you do?)*

13  | Witness:   *[UI]*

14  | Interpreter:   I don't even know [UI]

15  |

16  | **Evaluator's comment:**

17  | On line 3, the prosecutor used the verb "try" but the interpreter used the verb "want." As a result,

18  | the interpreter created a lot of confusion during the testimony.

19  | ———————————————————————

20  |

21  |

22  |

| | |
|---|---|
| 1 | **0:53:54** |
| 2 | Mr. Brown: Please excuse me for asking this. I don't mean to. I am not trying to be mean but I |
| 3 | need to get some answers, okay, so I have to ask you these questions. |
| 4 | Interpreter: គាត់សូមសួរសំណួរមួយ? *(He would like to ask one question.)* |
| 5 | Mr. Brown: When you were in Thailand, did a man **put his penis in your vagina?** |
| 6 | Interpreter: កាលកូនរស់ក្នុងប្រទេសថៃ តើមានមនុស្សប្រុសណាដាក់ម្រាប់ភេទគេក្នុងភេទប្រុសរាប់កូនទេ? *(When you, daughter,* |
| 7 | *lived in Thailand, did a man put his sex thing in your sex thing?)* |
| 8 | Witness: បាទ ។ |
| 9 | Interpreter: Yes. |
| 10 | |
| 11 | **Evaluator's comment:** |
| 12 | Comparing lines 3 and 4 to line 5, we can see that the interpreter did not interpret most of the |
| 13 | question. In addition, the interpreter used the pronoun "he" to refer Mr. Brown as a third person. |
| 14 | This created an us-versus-them environment. It is a common practice that the interpreter uses |
| 15 | pronoun "I" when he/she has to interpret in a court proceeding. On lines 6, 7 and 8, the |
| 16 | interpreter did not use the specific Khmer words to interpret the original question. This can lead |
| 17 | to a lot of confusion. |
| 18 | ------------------------------------------------------ |
| 19 | |
| 20 | |
| 21 | |

15

| | | |
|---|---|---|
| 1 | **01:12:13** | |
| 2 | Mr. Brown: | The lady from the WORLD HOPE asked you a question. |
| 3 | Interpreter: | ម្នាក់ហ្នឹង មកពី វ័ល ហូប បានសួរសំណួរគ្នន ។ *(The lady from the WORLD HOPE asked you a* |
| 4 | | *question.)* |
| 5 | Mr. Brown: | And the question was, "did he penetrate your vagina?" |
| 6 | Interpreter: | សំណួរដែលគាត់មានសួរគ្នននោះ គឺ  តើគាត់បានយកប្រដាប់កេទគាត់ ដាក់ក្នុងប្រដាប់កេទគ្ននទេ? ចាំសំណួរស្ដៀងទេ? *(The* |
| 7 | | *question that he asked was "did he put his sex thing into your sex thing?" Do* |
| 8 | | *you remember that question?* |
| 9 | Mr. Brown: | Do you recall the first answer to that question? |
| 10 | Interpreter: | គ្ននមានឆាទេ? គ្ននបានឆ្លើយថាម៉ិច កាលហ្នឹង? ចាំទេ? *(Daughter, do you remember? Daughter, what* |
| 11 | | *did you answer at that time? Do you remember?* |
| 12 | Witness: | អត់ចាំទេ ។ *(I don't remember.)* |
| 13 | Interpreter: | No. I don't remember. |
| 14 | | |
| 15 | **Evaluator's comment:** | |
| 16 | On line 5, Mr. Brown used the phrase **"penetrate your vagina"** in his question, but if we look at | |
| 17 | the back translation on lines 7 and 8, we can see that the interpreter did not use the specific | |
| 18 | phrase in Khmer. Again, this created a lot of confusion. | |
| 19 | ----------------------------------- | |
| 20 | | |
| 21 | | |

1    01:12:13

2    Prosecutor:    S

3    Interpreter:    សុខា ។ (S        )

4    Prosecutor:    I am going to ask you.

5    Interpreter:    គាត់សួរកូនរួច ។ (She would like to ask daughter (you).

6    Prosecutor:    The question about the time when you talk to the man.

7    Interpreter:    គាត់សួរកូនរួច ពិពេលដែលកូនបាននិយាយជាមួយមនុស្សប្រុស ។ (She would like to ask daughter about

8                   the time when daughter spoke with a man.)

9    Prosecutor:    On the videotape.

10   Interpreter:    មនុស្សប្រុសដែលនៅក្នុងវេបហ្ស៊ីង ។ (The man on the tape.)

11   Prosecutor:    Do you remember whether the man asked you if **you knew the difference**

12                  **between telling the truth and telling a lie?**

13   Interpreter:    កាលហ្ស៊ីងកូនបានចាំទេ មនុស្សប្រុសបានសួរកូនថា ផ្លូវទៅការពិត ហើយផ្លូវទៅ មិនការពិត? កូនចាំទេសំណួរហ្ស៊ីង? (At that

14                  time, do you remember? The man asked you about what was the truth and what

15                  was not the truth?)

16   Witness:    អត់ចាំ ។ (I don't remember.)

17   Interpreter:    I don't remember.

18

19   **Evaluator's comment:**

20   On lines 12 and 13, the prosecutor used the phrase **"the difference between telling the truth**

21   **and telling a lie"** and if we were to look at the back translation on lines 15 and 16, we can see

17

1    that the interpreter used a completely different phrase. Due to this poor interpretation, one cannot

2    deduce that the witness understood and actually answered the prosecutor's question.

3

           ———————————————————

4

5                              **01:24:00**

6                   **The end of the Part 2, DVD 4**

7

8

9

10

11

12

13

14

15

16

17

18

19

1   **PART 3, DVD 4 (R       )**

2   **0:33:30**

3   <u>**Evaluator's comment:**</u>

4   There is no discrepancy in PART 3 on DVD 3.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

| | | |
|---|---|---|
| 1 | **PART 1, DVD 5 (R** | |
| 2 | **0:19:44** | |
| 3 | Mr. Gunn: | And then when the agent started pointing here, there or there, that was when you |
| 4 | | moved around and pointed to the inner thigh, right? |
| 5 | Interpreter: | ផល់ក្រោយមក លោក ហ្គារី ចង្អុលទៅកន្លែងណោះ ណោះ ណោះ ។ *(Later on, after Mr. Gary pointed* |
| 6 | | *here, there or there.)* Can you repeat that last question, counsel? |
| 7 | Mr. Gunn: | When the agent started to say here, here, there and here, and he pointed to the |
| 8 | | inner thigh, you then said that, "oh, it was on the inner thigh, right?" |
| 9 | Interpreter: | គាត់ចង់និយាយថា កាលហ្គើន រេឿងដែលលោក ហ្គារី ចង្អុលទៅកន្លែងហ្គើង ឯនយល់ស្របតាមលោក ហ្គារី ។ មែន ឬក៏អត់? *(He* |
| 10 | | *wants to say that at the time when Mr. Gary pointed there you agreed with Mr.* |
| 11 | | *Gary. Is it true or not true?* |
| 12 | Witness: | នៅខាងនេះមែន ។ ខាងក្នុងមែន ។ *(It was here. It was on the inside.)* |
| 13 | Interpreter: | It's on the inside. It's on the inside. |
| 14 | Mr. Gunn: | That was not what you first pointed, right? |
| 15 | Interpreter: | ប៉ុន្ដែលើកទីមួយកូនឯអត់បានចង្អុលចំកន្លែងហ្គើងទេ មែនទេ? ត្រឹមត្រូវទេ? *(But, on the first time, daughter did* |
| 16 | | *not point there, did you? Is that right?* |
| 17 | Witness: | ចា៎ ។ ខ្ញុំអត់បានចង្អុលទេ ។ *(Yes. I did not point.)* |
| 18 | Interpreter: | Correct. I did not. |
| 19 | Mr. Gunn: | You didn't point to the inside until Gary Phillips suggested that was a possibility, |
| 20 | | right? |

20

| | | |
|---|---|---|
| 1 | Interpreter: | ខ្ញុំនឹងអត់បានចង្អុលទៅខាងក្នុងទេ លុះតែលោកាត់ហ្គារី ប្រាប់ឲ្យបង្ហាញឲ្យខ្ញុំ បានឲ្យនឹងចង្អុលទៅខាងក្នុង មែន ឬអត់? *(You did* |
| 2 | | *not point to the inside until Mr. Gary told you and showed you and then you* |
| 3 | | *pointed to the inside? True or not?)* |
| 4 | Witness: | មែន ។ *(True.)* |
| 5 | Interpreter: | **What do you mean?** |
| 6 | | |
| 7 | | <u>**Evaluator's comment:**</u> |
| 8 | | In this section, the interpreter misinterpreted the questions that Mr. Gunn asked and created a lot |
| 9 | | of confusion. The interpreter used the pronoun "he" to refer to Mr. Gunn as the third party. On |
| 10 | | line 4, the witness answered "true" but the interpreter, for some strange reason, did not interpret |
| 11 | | witness's answer. Instead, she came up with a question on her own. The interpreter misled Mr. |
| 12 | | Gunn and everyone in the courtroom to think that the witness did not under Mr. Gunn question. |
| 13 | | ------------------------------------ |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |

21

| | |
|---|---|
| 1 | **0:21:01** |
| 2 | Mr. Gunn: | Well, what I mean is you didn't point. You pointed to the inside of the thigh after |
| 3 | | Gary Phillips pointed to that as a possibility, on the video, right? |
| 4 | Interpreter: | គាត់ចង់និយាយថា គាត់ស្ជើងចង្អុលទៅកន្លែងនេះព្រោះដោយសារលោក ហ្គារី បង្ហាញគួន ។ ត្រឹមត្រូវ ឬ គីអត់? *(He wanted to* |
| 5 | | *say that he pointed there because Mr. Gary showed you. Correct or not?)* |
| 6 | Witness: | ហ្គារី អត់មានបង្ហាញខ្ញុំទេ ។ *(Gary did not show me.)* |
| 7 | Interpreter: | He did not show me. |
| 8 | Mr. Gunn: | By the way, you **couldn't** tell anyone anything about any other mole on Michael's |
| 9 | | body, could you? |
| 10 | Interpreter: | កូនមិនដែលបានប្រាប់ អ្នកណាទៀត រឿងប្រជ្រុយរបស់ម៉ៃឃើល ទេ? មានដែលបានទេ? *(Daughter, you **didn't** tell* |
| 11 | | *anybody else about Michael's mole, did you? Did you tell?)* |
| 12 | Witness: | មាន ។ តែខ្ញុំមិនចាំ ។ *(I did. I don't remember.)* |
| 13 | Interpreter: | I don't know. I don't remember. |
| 14 | Mr. Gunn: | You actually told agent Phillips that Michael didn't have any other mole on his |
| 15 | | body, did you remember, isn't that true? |
| 16 | Interpreter: | កូនបានប្រាប់លោក ហ្គារី ថា ម៉ៃឃើលអត់មានប្រជ្រុយ នៅឡើខ្លួនកន្លែងណាទៀតទេ ។ គឺជាការពិត ឬអត់ពិតទេ? *(Daughter,* |
| 17 | | *you told Mr. Gary that Michael did not have any other mole on his body. Is it the* |
| 18 | | *truth or not?* |
| 19 | Witness: | មិនមែនអញ្ចឹងទេ ។ *(Not like that.)* |
| 20 | Interpreter: | Can you ask the question again? |
| 21 | | |

1   **Evaluator's comment:**

2   On line 8, Mr. Gunn used the word "couldn't" but the interpreter used the word "didn't" on line

3   10. The interpreter mis-led the witness and caused more confusion. It could be that the

4   interpreter didn't understand the question and that was the reason why the interpreter asked the

5   question on line 20.

6                —————————————————

7

8   **0:42:08**

9   Mr. Gunn:    I'm just asking about the sexual abuse you said that Michael did.

10   Interpreter:   គាត់ចង់សួរអំពីរឿងដែលថាមិនលបធ្វើបាបកូនរឿងផ្លូវភេទហ្នឹងណា ។ សួរពីនេះមែន ។ *(He wants to know about the*

11          *sexual abuse that Michael did. About that?)*

12   Mr. Gunn:    This may be obvious but does that makes you happy or unhappy?

13   Interpreter:   គាត់ចង់ដឹងថាតើ កាលដែលគាត់ធ្វើបាបកូន កូនបានសប្បាយចិត្ត ឬអត់សប្បាយចិត្តទេ? *(He wants to know if you*

14          *were happy or unhappy when the old man hurt?)*

15   (After a long pause)

16   Witness:     អត់សូវសប្បាយទេ ។ *(Not really happy.)*

17   Interpreter:   **No.**

18

19   **Evaluator's comment:**

20   On line 16, the witness used the phrase "Not really happy" but the interpreter said "no" on line

21   17. This is such a simple answer but it is very critical. Again the interpreter mis-led everybody in

22   the courtroom.

**0:58:44**

The DVD abruptly ended.

1          <u>Brief explanation of the Khmer language</u>

2  To clarify the usage of some of the Khmer words used during the testimony, I would like to point

3  out to you four different words; **Kampuchea "កម្ពុជា"**, **Cambodia**, **Cambodian** and **Khmer**.

4  The four words are officially used as followed;

5       "Kampuchea" "កម្ពុជា" is used for country in *Khmer* spoken and written usage,

6       "Cambodia" is also used for the country in *English* spoken and written usage,

7       "Cambodian" or "Khmer" "ខ្មែរ" for the people, and

8       "Khmer" "ខ្មែរ" for the language.

9  Khmer has its own script, an abugida known in Khmer as Aksar Khmer. Khmer employs a

10  phonetic alphabet with 33 consonants, 23 vowels, and 12 independent vowels. The Khmer

11  alphabets are similar to the Thai and Lao, and many words in these three languages trace their

12  origins to common Pali or Sanskrit roots.

13

14  One significant difference is that Khmer is not tonal. In tonal languages, such as Thai, Lao, and

15  Vietnamese, the same sound has one meaning when spoken in a high tone, and a different

16  meaning when spoken in a low tone.

17

18  The main dialects in Khmer language, all mutually intelligible, are:

19  **Battambang**, spoken in northern Cambodia.

20  **Phnom Penh**, the capital dialect and is also spoken in surrounding provinces.

21  <u>Northern Khmer</u>, also known as *Khmer Surin*, spoken by ethnic Khmer native to Northeast

25

Thailand

**Khmer Krom** or **Southern Khmer,** spoken by the indigenous Khmer population of the Mekong Delta.

**Khmer Leur** or **Cardamom Khmer,** an archaic form spoken by a small population in the Cardamom Mountains of western Cambodia.