1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                         October 2019 Grand Jury

11   UNITED STATES OF AMERICA,           CR No. 07-168(C)-DSF

12               Plaintiff,              T H I R D
                                         S U P E R S E D I N G
13          v.                           I N D I C T M E N T

14   MICHAEL JOSEPH PEPE,                [18 U.S.C. § 2423(b): Travel with
                                         Intent to Engage in Illicit Sexual
15               Defendant.              Conduct; 18 U.S.C. § 2241(c):
                                         Aggravated Sexual Abuse of Child]
16

17        The Grand Jury charges:

18                              COUNT ONE

19                         [18 U.S.C. § 2423(b)]

20        Between on or about May 25, 2005, and on or about May 26, 2005,

21   defendant MICHAEL JOSEPH PEPE, a United States citizen, knowingly

22   traveled in foreign commerce, from Los Angeles County, within the

23   Central District of California, to Cambodia, for the purpose of

24   engaging in illicit sexual conduct, as defined in Title 18, United

25   States Code, Section 2423(f), namely, a sexual act with a person

26   under 18 years of age that would be in violation of chapter 109A if

27   the sexual act occurred in the special maritime and territorial

28

jurisdiction of the United States, and a commercial sex act with
another person under 18 years of age.

1

COUNT TWO

2

[18 U.S.C. § 2423(b)]

3     Between on or about September 1, 2005, and on or about September

4  3, 2005, defendant MICHAEL JOSEPH PEPE, a United States citizen,

5  knowingly traveled in foreign commerce, from Los Angeles County,

6  within the Central District of California, to Cambodia, for the

7  purpose of engaging in illicit sexual conduct, as defined in Title

8  18, United States Code, Section 2423(f), namely, a sexual act with a

9  person under 18 years of age that would be in violation of chapter

10  109A if the sexual act occurred in the special maritime and

11  territorial jurisdiction of the United States, and a commercial sex

12  act with another person under 18 years of age.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

COUNT THREE

[18 U.S.C. § 2241(c)]

Between on or about May 21, 2005, and on or about May 26, 2005, in the Central District of California and elsewhere, defendant MICHAEL JOSEPH PEPE knowingly crossed a California state line while traveling from New Mexico to Cambodia through Los Angeles, California, with the intent to engage in a sexual act, as defined in Title 18, United States Code, Section 2246(2), with a person who had not attained the age of 12 years, and engaged in a sexual act, as defined in Title 18, United States Code, Section 2246(2), with K.S., who had not attained the age of 12 years at the time that defendant PEPE engaged in a sexual act with her.

COUNT FOUR

[18 U.S.C. § 2241(c)]

Between on or about August 28, 2005, and on or about September 3, 2005, in the Central District of California and elsewhere, defendant MICHAEL JOSEPH PEPE knowingly crossed a California state line while traveling from New Mexico to Cambodia through Los Angeles, California, with the intent to engage in a sexual act, as defined in Title 18, United States Code, Section 2246(2), with a person who had not attained the age of 12 years, and engaged in a sexual act, as defined in Title 18, United States Code, Section 2246(2), with:

1.   S.S.

2.   S.R.

3.   I.T.

///

///

///

each of whom had not attained the age of 12 years at the time that
defendant PEPE engaged in a sexual act with that person.

                                   A TRUE BILL


                                   _____
                                   Foreperson


NICOLA T. HANNA
United States Attorney


*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

STEPHANIE S. CHRISTENSEN
PATRICIA A. DONAHUE
DAMARIS DIAZ
Assistant United States Attorneys