# **<u>EXHIBIT A</u>**

OFFICIAL USE ONLY

```
|  DEPARTMENT OF HOMELAND SECURITY        | PAGE   1              |
|               ICE                       |                       |
|                                         | CASE NUMBER           |
|   REPORT OF INVESTIGATION               |                       |
|         CONTINUATION                    | REPORT NUMBER: 020    |
```

DETAILS OF INVESTIGATION:

On June 14, 2006, ICE Bangkok obtained information that an American citizen later identified as Michael Joseph PEPE, a former United States Marine Corp (USMC) Captain, was allegedly involved in sexually abusing at least five females, ranging in age from 10-18 years. PEPE allegedly raped several girls and had oral sex with two others (all minors); the fifth girl was an adult.

During the week of September 25, 2006, Senior Special Agent (SS/A) Taekuk Cho received information that World Hope International (WHI), an NGO based in Phnom Penh, Cambodia, was sheltering a 13-year-old female who was allegedly sexually exploited by Michael Joseph PEPE.

On September 27, 2006, at approximately 1357 hours, SS/A Cho and Diplomatic Security Service (DSS) Investigator Vansak Suos (INV Vansak), along with WHI representative Phuong Kim (WHI Phuong), interviewed 13-year-old K.S. ████. Based on the fact that K.S. ████ is Vietnamese, the interview was conducted in three languages. SS/A Cho asked the questions in English, INV Vansak, who speaks English and Khmer, interpreted the questions into Khmer, and WHI Phuong, who speaks Khmer and Vietnamese, interpreted the same questions into Vietnamese. The interview was videotape recorded and took place at the U.S. Embassy, Phnom Penh, Cambodia.

K.S. ████ relayed the following information:

-She is 13 years old; she does not know her date of birth; she was born in the Chinese zodiac year of the dog.

-She used to live in Thailand, then Phnom Penh, Cambodia, then moved to Kompomsong Sihanoukville, Cambodia; however, she now resides at a shelter (WHI) in Phnom Penh.

-Her father's name is ████ and he is unemployed. She could not recall his age. Her mother's name is ████. She works as a fruit seller and is the only source of income for the family. K.S. ████ could not recall her mother's age either.

-She has two sisters and one brother. Her oldest brother, ████, is 15 years old. Her other two sisters are: five year old ████ and three years old.

At approximately 1415 hours, SS/A Cho asked K.S. ████ how/why she moved from Phnom Penh to Sihanoukville.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE | PAGE    2 |
|---|---|
| REPORT OF INVESTIGATION<br>CONTINUATION | CASE NUMBER  ███████<br>REPORT NUMBER: 020 |

K.S. ███ advised of the following:

-She was brought from Phnom Penh to Sihanoukville by her aunt, identified as, "NY". NY is the wife of a person named, "Terry SMITH". SMITH and NY were both arrested by the Cambodian National Police (CNP).

-She has a first grade education and cannot read or write Vietnamese, Khmer, or English; however, she speaks Vietnamese and can speak some Khmer. She is currently learning how to speak English and Khmer at WHI.

-She enjoys watching television and has both Vietnamese and Khmer friends.

-K.S. ███ knows only one foreigner. He is an adult named, "MICHAEL". MICHAEL is older than her father and told her that he was an American.

-She first met MICHAEL several months ago up to approximately one year ago.

-MICHAEL is described as being: fat, not very tall, white, no facial hair, no glasses, short hair, very fat big belly, shorter than SSA Cho and with a big belly. K.S. ███ informed that she had heard that he had been arrested.

SS/A Cho asked K.S. ███ how she had met MICHAEL and she advised of the following:

-Sometime during the dry season, she met MICHAEL through her Aunt "Kia". K.S. ███ said MICHAEL called Aunt Kia, "BASANG".

-K.S. ███ lived at MICHAEL'S house in Phnom Penh for approximately 1.5 months with BASANG and three other girls: L.K. ███ (15 years of age) and S.S. ███ and S.R. ███ (both younger than 13 years of age). K.S. ███ said that she slept in a room downstairs.

At approximately 1440 hours, the interview was momentarily suspended due to a power failure.

At approximately 1451 hours, the interview resumed and K.S. ███ stated the following:

-When she lived with MICHAEL she used to have to clean his house and sleep with him. After she lived with him for 2 3 days, he asked her to give him oral sex. SS/A Cho asked K.S. ███ how she understood what MICHAEL was asking for her to do. She replied that her Aunt Kia (BASANG) acted as the interpreter.

At approximately 1457 hours, the interview was stopped in order to change

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 3 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER |
| | REPORT NUMBER: 020 |

videotapes.

At approximately 1459 hours, the interview resumed and [K.S.] stated the following:

-After the initial 2 3 days while living with MICHAEL, Aunt Kia (BASANG) called her into MICHAEL'S room and told her to give MICHAEL oral sex. SS/A Cho asked [K.S.] if she knew what oral sex was. [K.S.] replied that oral sex was inserting MICHAEL'S penis into her mouth. SS/A Cho asked how she knew what 'oral sex' was.if someone showed her or told her. [K.S.] replied that MICHAEL forced her to give him oral sex by using body language, grabbing her head and pulling her head towards his penis and forcing her to place her mouth over his penis. SS/A Cho asked how this made her feel. [K.S.] replied that she was very stressed and angry. She said she gave him oral sex for 10 15 minutes.

-[K.S.] described MICHAEL'S penis as being ".short, small, circumcised, black and white colored pubic hair." She said he did not wear a condom during the oral sex and she does not know if he took any aids or drugs prior to the sex.

-[K.S.] advised that while she was forced into giving MICHAEL oral sex, she noticed a "salty" taste when "white water came out". MICHAEL removed his penis from her mouth and ejaculated on the bed.

-MICHAEL forced her to perform oral sex on him on three additional occasions. In addition to the oral sex, MICHAEL touched her vagina, gave her oral sex, digitally penetrated her vagina, and then raped her. She stated that, "I slept with MICHAEL everyday for half a month." MICHAEL would force her to give him oral sex and then he would give her oral sex, and then he would have vaginal sex with her. She advised that MICHAEL would apply a clear cream on his penis before having sex with her, but he would not wear a condom. She never had anal sex with MICHAEL and he would remove his penis from her vagina prior to ejaculation.

-[K.S.] advised that prior to having sex with MICHAEL, she was a virgin. She indicated that sex was painful and it made her cry. She also bled profusely during sex.

SS/A Cho asked [K.S.] where MICHAEL lived and for her to describe the house. She replied:

-MICHAEL lived near a railroad station in the area of 'Troloakbek'. He has a large house with a wall and fence surrounding it. There is a gate you enter in order to gain access onto the premises. The gate was blue in color. [K.S.] was not sure what color the fence was or the color of the house. MICHAEL

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

00009661

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 4 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER ▮▮▮▮ |
| | REPORT NUMBER: 020 |

owned a big car similar to a Toyota Landcruiser. The color was dark gray or maybe black. He only owned one car.

At approximately 1532 hours, the interview was suspended for a break.

At approximately 1539 hours, the interview resumed and K.S. ▮ stated the following:

-There was always a guard outside MICHAEL'S house. The house itself had one bedroom downstairs and three rooms upstairs (one of which is an office).

-MICHAEL'S bedroom had a large bed, two windows, one television, a large bathroom, and one closet. K.S. ▮ could not recall the color of the wall but there were no decorations on it.

-The bed had a mattress with two pillows; she could not recall the color.

-The headboard was made of a dark wood and consisted of a flower carved design.

-MICHAEL had children's toys and games in the house.

SS/A Cho asked K.S. ▮ to explain how MICHAEL forced her into having sex.

K.S. ▮ stated that MICHAEL used his body language to make her comply into doing what he wanted. She said she was afraid that he would "beat" her. She expressed that MICHAEL had previously beaten her when she refused to give him oral sex. He hit her body and back with his hands until she complied. She indicated that MICHAEL did not use any restraints or hit her in the face. When SS/A Cho asked K.S. ▮ how MICHAEL used his body language, she gestured with her hand as if she was going to slap or hit someone.

-She said MICHAEL used a camera to take photos of her when she was both clothed and unclothed. She said the camera was white (silver) but she does not know if it was digital or not. MICHAEL also had a computer and printer in the office room upstairs but she did not see any images of unclothed people on the monitor or photos from the printer. She is not sure if MICHAEL had a video camera.

-MICHAEL forced her shower with him. When he had sex with her, sometimes there were up to four other girls in the room with them in his bedroom. The other girls lived downstairs and BASANG lived upstairs.

-She said MICHAEL paid her and the other girls $1 each time he had sex with them. MICHAEL also paid BASANG money.

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

00009662

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 5 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER |
| | REPORT NUMBER: 020 |

SS/A Cho asked what should happen to guys like MICHAEL who have sex with girls like her. K.S. replied that MICHAEL should "go to jail" and she indicated that she would be willing to travel to the United States to testify against him.

At approximately 1621 hours, SS/A Cho and INV Vansak showed K.S. some photos. She identified the subject in the photos as MICHAEL (PEPE) and identified MICHAEL'S house and bedroom.

The interview was concluded at approximately 1621 hours.

Investigation will continue.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.