# **EXHIBIT B**

REQUESTED BY: WANG, EDDY

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE 3 |
|---|---|
| REPORT OF INVESTIGATION | PAGE 1 |
| | CASE NUMBER ▓▓▓▓▓▓ |

| TITLE: MICHAEL JOSEPH PEPE | | | |
|---|---|---|---|
| CASE STATUS: INTERIM RPT | | | |
| REPORT DATE 032108 | DATE ASSIGNED 062606 | PROGRAM CODE 753 | REPORT NO. 042 |

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
INVESTIGATIVE FINDINGS
MEMO OF INTERVIEW

TOPIC: INTERVIEW OF PEPE CHILD VICTIM: SOK KHA

SYNOPSIS:
In June 2006, an American citizen identified as Michael PEPE was arrested by the Cambodian National Police (CNP) for debauchery. CNP executed a search warrant on PEPE's residence and discovered evidence indicative of child crimes. Investigation by ICE Bangkok produced seven minor victims that were sexually exploited and raped by PEPE.

On January 26, 2008, Assistant United States Attorney Patricia Donahue, Assistant ICE Attache (AIA) Gary Phillips and Child Counselor Lim Sambo, interviewed K.S. ▓▓▓ (one of PEPE's child victims).

| DISTRIBUTION: CABK  SACLA SACKS HQFG | SIGNATURE: PHILLIPS   GARY   J   ICE ASST ATTACHE |
|---|---|
| | APPROVED: HURST   ALICE   C   ICE ATTACHE |
| | ORIGIN OFFICE: BK BANGKOK - ATTACHE | TELEPHONE: 661 810 4058 |
| | | TYPIST: PHILLIPS |

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED ) ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

00009881

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE | PAGE 2 |
|---|---|
| | CASE NUMBER ▆▆▆▆▆▆▆ |
| REPORT OF INVESTIGATION<br>CONTINUATION | REPORT NUMBER: 042 |

CASE PROGRAM CODES:

753 GENERAL CHILD SEX TO    869 FORCED CHILD LABOR    750 CHILD PORNOGRAPHY-CO
1S1 OPERATION PREDATOR      752 INTERNET CHILD PORNO

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

00009882

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 3 |
|---|---|
| | CASE NUMBER ▮▮▮▮ |
| REPORT OF INVESTIGATION CONTINUATION | REPORT NUMBER: 042 |

In June 2006, an American citizen identified as Michael PEPE was arrested by the Cambodian National Police (CNP) for debauchery. CNP executed a search warrant on PEPE's residence and discovered evidence indicative of child crimes. Investigation by ICE Bangkok produced seven minor victims that were sexually exploited and raped by PEPE.

On January 26, 2008, at approximately 1445 hours, Assistant United States Attorney (AUSA) Patricia Donahue, Assistant ICE Attache (AIA) Gary Phillips and Child Counselor Lim Sambo, interviewed K.S. ▮▮ (one of PEPE's child victims).

K.S. said that prior to residing at her current home, she resided with another NGO known as World Hope International (WHI) for approximately two months. When asked about where she lived prior to WHI, ▮▮ was unable to recall the address; however, when AIA Phillips showed her a photograph (labeled P6160087), she said that she lived in "that house for more than two months." Photograph labeled P6160087 is of PEPE's home in June 2006.

K.S. said that other people lived in the house as well. She identified the people as PEPE, Basang, a husband and wife that had a small male toddler, and one female, which she described as N.P. ▮▮, who had white skin and long hair. As far as the other girls, such as L.K. ▮▮, S.S. ▮▮ and S.R. ▮▮, they lived at PEPE's house after she departed.

K.S. said that the married couple lived at the house with PEPE and they had their own room located downstairs. The wife cooked and cleaned while the husband opened the gate to the residence. K.S. shared a room with the couple and slept downstairs. K.S. said that she first came to PEPE's residence via Basang, which she arrived on a motodope (driven by Basang). There were occasions that K.S. departed PEPE's compound and Basang's husband/boyfriend drove her away on his motodope. According to K.S. Basang sometimes spent the night with PEPE.

K.S. stated that she never went to school while she lived with PEPE. However, PEPE did give K.S. gifts, such as money. She informed that he gave her approximately $1, which was to be given to her mother. Sometimes, PEPE would keep the money for her and save it in a clay pot, which was located in his office located on the second floor of the residence. When K.S. needed money, she asked PEPE for it and he would give her money from the clay pot on occasion. K.S. said that she had her own clothes while she lived in PEPE's house. K.S. informed that while she lived at PEPE's house, she did not see any visitors besides the people that she already mentioned.

Due to time restrictions, the interview was concluded at approximately 1512 hours.

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 4 |
|---|---|
| | CASE NUMBER ▮▮▮▮▮ |
| REPORT OF INVESTIGATION CONTINUATION | REPORT NUMBER: 042 |

Investigation will continue.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.