# EXHIBIT C

Statement of N.T.D.

January 18, 2022

Hi to everyone in this room.  How is everyone doing?  I'm doing great with my job and my life.  Finally my nightmare is gone and the sad part of my life can come to an end.  I'm now a citizen of the United States of America.  I'm one of the people who lives in this country I never dreamed I would come to.  But now I'm here.  I have a new name and a new life with my little puppy, named Pepper.

All of these good things have come to me because I have heroes and angels beside me.  They're my lawyers.  And I thank you to my beautiful Judge.  You all are really kind and full of love.  I wouldn't be here without your help.  Thank you for fighting for my life, and for all the girls like me out there.  You are our hope.  One day I will help all the other girls like me.  Again thank you so much for believing in me, in my story.

Love,
N.T.D.